UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Kelly London,

        Plaintiff,

-vs-                               Case No. 6:10-cv-1297-Orl-18DAB

Wells Fargo Bank, NA,

        Defendant.

## ORDER

THIS CAUSE comes before the Court on Plaintiff's Petition for Temporary Injunction (Doc. 2, filed Aug. 30, 2010). Plaintiff asks this Court to issue a preliminary injunction to enjoin a foreclosure sale. However, Plaintiff's Petition fails to comply with the Local Rules of the Middle District of Florida.

Plaintiff's Petition violates Local Rules 3.01(a) and (c), which prohibit submission of a motion or other application for an order exceeding twenty-five pages absent leave of Court. Plaintiff's Petition also fails to comply with Local Rule 4.05(b)(2)[1], which requires allegations of specific facts showing that the moving party is threatened with injury sufficiently imminent and irreparable that "notice and a hearing . . . is impractical if not impossible." Plaintiff fails to allege when, if at all, the foreclosure sale will take place. Without facts showing when the injury will occur, this Court cannot assume that danger of irreparable injury is imminent.

---

[1] Pursuant to Local Rule 4.06, a party moving for a preliminary injunction must fully comply with the procedural requirements of Local Rule 4.05(b)(1) through (b)(5) pertaining to temporary restraining orders.

Based on the foregoing, this Court orders that Plaintiff's Petition for Temporary Injunction (Doc. 2) be STRUCK and the clerk is directed to DELETE it from the electronic docket. Additionally, any responses required to be filed because of the struck motion will not be required and any responses filed will also be stricken.

**DONE** and **ORDERED** in Orlando, Florida on this ___ day of September, 2010.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties