UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KELLY LONDON,

            Plaintiff,

v.                              CASE NO.: 6:10-CV-1297-ORL-18-DAB

WELLS FARGO BANK, N.A.,

            Defendants.

_____/

## WELLS FARGO BANK, N.A.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    (1)    Wells Fargo & Company (Parent)
            *See* **Exhibit A** (attached) for direct and indirect subsidiaries of Wells Fargo & Company

    (2)    Wells Fargo Bank, N.A. (Defendant)

    (3)    Carlton Fields, P.A. (Counsel for Defendant, Wells Fargo Bank, N.A.)

    (4)    Michael K. Winston, Esquire (Counsel for Defendant, Wells Fargo Bank, N.A.)

    (5)    April Y. Walker, Esquire (Counsel for Defendant, Wells Fargo Bank, N.A.)

    (6)    Kelly London (Plaintiff, *pro se*)

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.    The name of every other entity which is likely to be an active participant in the

proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**Dated:  October 11, 2010.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day via U.S. Mail, postage pre-paid to: Kelly London, 4079 Colleton Court, Tallahassee, Florida 32311.

CARLTON FIELDS, P.A.
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, FL 32801-3336
Telephone: (407) 849-0300
Facsimile:  (407) 648-9099


By:  /s/ April Y. Walker
       Michael K. Winston, Esquire
       Florida Bar No. 051403
       mwinston@carltonfields.com
       April Y. Walker
       Florida Bar No. 0125288
       awalker@carltonfields.com
       *Counsel for Wells Fargo Bank, N.A.*

17469387.1

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Wells Fargo & Company
  ABCA, Inc
    1005 Corp
    Melbourne Atlantic Joint Venture
  ACO Brokerage Holdings Corporation
    Wells Fargo Insurance Services, Inc.
      Acordia of Indiana, Inc.
        Wells Fargo Insurance Services of Indiana, LLC
      American E & S Insurance Brokers California, Inc.
      Wells Fargo Global Broker Network, LLC
      Wells Fargo Insurance Agency of Michigan, Inc
      Wells Fargo Insurance Services Investment Advisors, Inc
      Wells Fargo Insurance Services Mountain West, Inc
      Wells Fargo Insurance Services Northeast, Inc
      Wells Fargo Insurance Services Northwest, Inc
        Wells Fargo Insurance Services of Oregon, Inc
      Wells Fargo Insurance Services of Alabama, Inc
      Wells Fargo Insurance Services of Alaska, Inc
      Wells Fargo Insurance Services of Arizona, Inc
      Wells Fargo Insurance Services of Minnesota, Inc
        Wells Fargo Insurance Services of Illinois, Inc.
      Wells Fargo Insurance Services of Nevada, Inc
      Wells Fargo Insurance Services of New York, Inc
      Wells Fargo Insurance Services of Ohio, LLC
      Wells Fargo Insurance Services of Pennsylvania, Inc
      Wells Fargo Insurance Services of Texas, Inc
      Wells Fargo Insurance Services of West Virginia, Inc
        Wells Fargo Insurance Services of Kentucky, Inc.
        Wells Fargo Insurance Services of North Carolina, Inc
        Wells Fargo Insurance Services of Tennessee, Inc
        Wells Fargo Insurance Services of Virginia, Inc.
        Wells Fargo Third Party Administrators, Inc.
          SelectNet Plus, Inc.
      Wells Fargo Insurance Services Southeast, Inc
      Wells Fargo of California Insurance Services, Inc
        W.C.A. Service Corporation, Inc.
      Wells Fargo RE, Inc
      Wells Fargo Special Risks, Inc
  A.G. Edwards, Inc
    AGE Capital Holding, Inc
      A.G. Edwards Private Equity Partners QP, L P
      A.G. Edwards Private Equity Partners, L P
      A.G. Edwards Private Equity Partners QP II, L P
      A.G. Edwards Private Equity Partners II, L P.
    AGE International, Inc
    AGE Investments, Inc
      WB Re Ltd
        AGE Capital Holding, Inc.
    A.G. Edwards Capital, Inc
      A.G. Edwards Private Equity Partners QP, L P
      A.G. Edwards Private Equity Partners, L P
      A.G. Edwards Private Equity Partners QP II, L P
      A.G. Edwards Private Equity Partners II, L, P.
    A.G. Edwards Hedging Services, Inc
    Edwards Development Corporation
    EVEREN Capital Corporation
      A.G. Edwards Technology Group, Inc.
        A.G. Edwards Technology Partners
      Bateman Eichler, Hill Richards Realty Services, Inc.
        Bateman Eichler, Hill Richards Housing Investors, Inc
      Bateman Eichler, Hill Richards Realty Co., Incorporated
        BEHR Housing Investors 1981-1, L P.
      Bayshore Insurance Agency, Inc
      BPL Holdings, Inc
        Boettcher Properties, Ltd
      Danube Holdings II C V
        Wachovia Finance Ireland Limited
        Wachovia Netherlands B V
      Danube Holdings III C V
        Evergreen ECM Holdings B.V.
          ECM Holdings Limited
            European Credit Management Limited
      Everen Leasing, LLC
      Jordan Investments LP
      Structured Principal Strategies Holdings, LLC
      The Ceres Investment Company
        A.G. Edwards Technology Partners
      Wachovia Investment Holdings, LLC
        ACAS/WCM, LLC (50%)
          American Capital/Wachovia CDO Investor Fund, L P
        EnerVest-Wachovia Co-Investment Partnership, L.P
        Highland Glen, LLC
        Landfill Portfolio, LLC
        Tanlanks WFH Holding, LLC
        Vento WF LLC
          2007 Vento II, LLC
        Wachovia Commodities Holdings, Inc
          Wells Fargo Commodities, LLC
        Wachovia Proprietary Equity Trading, LLC
        WH CDO, LLC
        WH Holdings
          Wachovia Technology Planning & Solutions Private Limited
      Wachovia Securities Holdings, LLC


EXHIBIT
A

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

- Wachovia Securities Financial Holdings, LLC
  - A G Edwards & Sons, LLC
  - FA Recruiting Services, LLC
  - First Clearing, LLC
  - Wachovia Securities Insurance Agency of Puerto Rico, Inc.
  - Wells Fargo Advisors, LLC
    - Wells Fargo Advisors (Argentina) LLC
      - Wachovia Securities Servicos e Participacoes (Brasil) LTDA
    - Wachovia Securities Servicos e Participacoes (Brasil) LTDA
    - Wells Fargo Advisors (Chile) LLC
    - Wells Fargo Advisors (Montevideo) Usuaria de Zona Franca S.A.
    - Wachovia Securities (Uruguay) S.A.
    - Wells Fargo Advisors Financial Network, LLC
    - WS Insurance Agency of Wyoming, LLC
    - WS Insurance Services, LLC
    - WS Insurance Services of Massachusetts, LLC
  - Wells Fargo Securities, LLC
  - WF Securities Services, LLC
- Alternative Strategies Group, Inc
  - Alternative Strategies Managed Futures & Commodities Platform, LLC
  - Alternative Strategies Platform, LLC
  - Alternative Strategies Real Estate Platform, LLC
  - ASGI Hedged Equities, Accredited, L P
  - ASGI Hedged Equities, Super Accredited, L P
  - ASGI Multi-Strategy Fund II, Super Accredited, L P
  - ASGI Multi-Strategy, Super Accredited, L P.
  - ASGI Multi-Strategy, Accredited, L P
  - Evergreen International SMID Cap Absolute Return Offshore Master Fund Ltd
  - Evergreen Private Equity Fund II, L P
  - Evergreen Private Equity Fund, L.P.
  - Evergreen Private Investment Funds - Absolute Return Fund, Super Accredited, L P
  - Evergreen Private Investment Funds - Global Multi-Strategy Fund, Accredited, L P
  - Evergreen Private Investment Funds--Hedged Opportunities Fund, Accredited, L P.
  - Golden Capital Management, LLC
  - GS Private Equity Partners IX ASW Fund, LLC
  - Landmark Equity Partners XIV ASW Fund, LLC
  - Lehman Crossroads XVIII ASW Fund, LLC
  - Siguler Guff BRIC Opportunities II ASW Fund, LLC
  - Wachovia Alternative Strategies Offshore Platform, SPC
  - Wachovia Capital Partners II ASW Fund, LLC
- BluePoint Holdings Limited
- Bryan, Pendleton, Swats & McAllister, LLC
- Capitol Finance Group, Inc.
- Central Fidelity Capital Trust I
- Central Fidelity Properties, Inc
- Century Bancshares, Inc.
  - Century Capital Trust
- CoreStates Holdings, Inc.
  - United Bancshares, Inc.
    - United Bank of Philadelphia
- Danube Holdings II C V
  - Wachovia Finance Ireland Limited
- Danube Holdings III C.V.
- DFG Holdings, LLC
  - Diversified Finance Investments, LLC
    - Preferred Investments S.a.r l
    - Preferred Funding S.a.r.l.
- Eaton Village Associates, Ltd Co
- Evergreen Alternative Capital, Inc
  - Evergreen International SMID Cap Absolute Return, LLC
    - Evergreen International SMID Cap Absolute Return Offshore Master Fund Ltd
  - Evergreen International SMID Cap Absolute Return Offshore Fund Ltd
- Farmington, Incorporated
- FCC-PR, Inc
- Fidelcor Business Credit Corporation
- First Citizens SC Capital Trust II
- First Community Capital Trust I
- First Community Capital Trust II
- First Community Capital Trust III
- First Union Capital I
- First Union Capital II
- First Union Community Development Corporation
  - Headhouse Retail Associates, L P
- First Union Institutional Capital I
- First Union Institutional Capital II
- First Union Title Corporation
  - Wachovia/Maher Partners
- FNL Insurance Company
- Foothill Group, Inc., The
  - Wells Fargo Foothill, Inc
    - Foothill Capital Corporation
    - Monument Peak, LLC
    - RELS, L L C.

2

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

        Advanced Collateral Solutions, LLC
          C&S Appraisal Services, LLC
          Prime Valuation Services, LLC
        RELS Management Company, LLC
          Accounting Services, LLC
          RES Direct, LLC
          RELS Reporting Services, L.L.C.
          Valuation Information Technology, L.L.C.
        RELS Title Services, LLC
          ATI Title Company of Alabama, LLC
          ATI Title Agency of Ohio, Inc
          ATI Title Company, LLC
        Valley Asset Management, Inc
          Wells Fargo CM Funding, LLC
          Wells Fargo Escrow Company, LLC
          Wells Fargo Retail Finance II, LLC
        Wells Fargo Trade Capital Services, Inc
Forum Capital Markets, LLC
FPFC Management LLC
FUNC Holdings, Inc.
        Wachovia Settlement Services of AL, LLC
        Wachovia Settlement Services, LLC
          OmniServe of Alabama, L.L.C.
Goldenwest Asset Management, Inc
Greater Bay Bancorp
    GBB Capital II
    GBB Capital III
    GBB Capital IV
    GBB Capital VI
    GBB Capital VIII
H.D. Vest, Inc.
    H.D. Vest. Advisory Services, Inc
    H.D. Vest Insurance Agency, LLC
    H.D. Vest Investment Securities, Inc
Home Loan Experts, Inc.
Home Services Title Reinsurance Company
IUL 2004, LLC
InterWest Capital Trust I
Island Finance Puerto Rico, Inc
Lowry Hill Investment Advisors, Inc.
Macro*World Research Corporation
    Macro*World Research Philippines Inc.
    Wachovia Technology Planning & Solutions Private Limited
Nelo Limited, LLC
    Augustus Ventures, L.L.C.
    Tibenus Ventures, L.L.C.
    Norwest Limited LP, LLLP
        Kidron Partners IV, LP
        Norwest Equity Partners V, a MN Limited Partnership (98.95%
          owned)
        Norwest Equity Partners VI, LP
        Norwest Equity Partners VII, LP
        Norwest Equity Partners VIII, LP
          NEC VIII, LLC
        Norwest Equity Partners IX, LP
          NEC IX, LLC
        Norwest Mezzanine Partners I, LP
        Norwest Mezzanine Partners II, LP
        Norwest Mezzanine Partners III, LP
        Norwest Venture Partners VI, LP
        Norwest Venture Partners VI-A, LP
          Palo Alto Partners, LLC
        Norwest Venture Partners VII, LP
        Norwest Venture Partners VII-A, LP
        Norwest Venture Partners VIII, LP
        Norwest Venture Partners IX, LP
          Norwest Venture Partners FVCI-Mauritius
        Norwest Venture Partners X, LP
          Norwest Venture Partners-Mauritius
          Norwest Venture Partners X-Mauritius
          Norwest Venture Partners X FII-Mauritius
Northern Prairie Indemnity Limited
Norwest Equity Capital, L.L.C.
Norwest Venture Capital Management, Inc.
Pacific Northwest Statutory Trust I
Peregrine Capital Management, Inc
Placer Sierra Bancshares
    First Financial (CA) Statutory Trust I
    Placer Statutory Trust III
    Placer Statutory Trust IV
    Southwest Community Statutory Trust I
Primrose Asset Management, Inc
PRN Holdings, Inc
Residential Home Mortgage Investment, L.L.C.
Signet Student Loan Corporation
STRATS, LLC
Structured Asset Investors, LLC
Structured Credit Partners, LLC
Superior Guaranty Insurance Company
Synthetic Fixed-Income Securities, Inc
The Fairfax Corporation
    Real Estate Consultants of the South, Inc
The Wachovia Wells Fargo Foundation, Inc.

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

TRSTE, Inc.
TRSTE II, Inc.
Tryon Management, Inc.
United Bancorporation of Wyoming Capital Trust I
United Bancorporation of Wyoming Capital Trust II
United Bancorporation of Wyoming Capital Trust III
United Bancshares, Inc.
Union Hamilton Reinsurance, Ltd
    Besso Holdings Limited
        Besso Limited
            Besso Risk Solutions Ltd
            Besso Special Groups Limited
            Besso Transportation Limited
            H Bernstein Insurance Brokers Limited
            O'Sullivan and Associates Limited
            Therapy Insurance Services Limited
        Besso Operational Support Services Limited
        Besso Re Limited
        CBC UK Limited
            CBC Affinity Groups Limited
        Global Flying Insurance Services Limited
Union Hamilton Special Purpose Funding 2005-1, LLC
    Union Hamilton Reinsurance, Ltd.
Union Hamilton Special Purpose Funding 2005-2, LLC
    Union Hamilton Reinsurance, Ltd.
Union Hamilton Special Purpose Funding 2006-1, LLC
    Union Hamilton Reinsurance, Ltd
Wachovia Bank, National Association
    Atlas Capital Funding, Ltd
    Atlas Loan Funding 2, LLC
    Atlas Loan Funding (CENT I), LLC
    Atlas Loan Funding (Hartford), LLC
    Atlas Loan Funding (Navigator), LLC
    Atlas-OCI Enhanced Loan Income Fund LLC
    Bacon Housing, L P
    BAFSC/MLC CX HUP I Trust
        BAFSC/MLC CX HUP, Ltd
    BAFSC/MLC CX HUP II Trust
        BAFSC/MLC CX HUP, Ltd.
    Biscoe Finance, LLC
    BGMCO PA, Inc.
    Bowler Housing L.P.
    Business Development Corporation of South Carolina
    Calibre Advisory Services, Inc
    Cardinal Holdings LLC
        Cardinal Finance LLC
        Cardinal International Leasing Holding Corp.
            Cardinal International Leasing, LLC
                First Union I, Inc.
                Matthew International Sales, Inc
                Oosterpark, LLC
                RIJK, LLC
                Vondelpark, LLC
    City First Capital III, LLC
    City First Capital V, LLC
    City First Capital XI, LLC
    CoLTS LLC 2005-1
    CoLTS LLC 2005-2
    CoLTS LLC 2007-1
    Consortium America II, LLC
    CoreStates Capital I
    CoreStates Capital II
    CoreStates Capital III
    CTB Realty Ventures XXI, Inc
    Danube Holdings I C.V.
    Evergreen Investment Company, Inc
        EIMCO Trust
            Evergreen Investment Management Company, LLC
                Evergreen Offshore SMID Cap Holding Co., LLC
            Evergreen Service Company LLC
                Evergreen Financing Company, LLC
                    Evergreen Worldwide U.S. Dollar Fund, Ltd
            J L Kaplan Associates, LLC
        Evergreen Asset Management Corp
            EIMCO Trust
        Evergreen Investment Services, Inc
        Metropolitan West Capital Management, LLC
        TCIO NC State Credit Fund, LLC
    FFL Services Corporation
    First Fidelity Urban Investment Corporation
    First National Properties, Inc.
    First Penco Realty, Inc.
    First State Service Corporation
    First Union Commercial Leasing Group, L.L.C.
    First Union Holdings,LLC
        First Union Financial Investments, LLC
    General Homes Corp
    GS Bridgeport I CDE, LLC
    Horizon Management Services, Inc
    JERSEY CENTER/FIDOREO, INC
    JPSD, Inc.
        G C Leasing, Inc
        North Hart Run, Inc

MAA/NCF Sub-CDE, LLC
Maryland Housing Equity Fund III Limited Partnership
Meridian Mortgage Corporation
Metropolitan West Securities, LLC
Mid-City Community CDE-Operating Fund, LLC
Monument Street Funding, Inc
   Centurion Funding, Inc.
      Centurion Funding, LLC
      Monument Street Funding, LLC
        Monument Street Funding-II, LLC
      Monument Street International Funding-I, LLC
        First International Advisors, LLC
      Monument Street International Funding-II, LLC
        First International Advisors, LLC
   Mercy Housing Georgia I, L L L.P.
   Monument Street Holding LLC
   The Exchange Building Limited Partnership
MWI-2002, LLC
New Markets Investment XIII, LLC
NFPS, Inc
   PINTA, LLC
OmniPlus Capital Corporation
   Tyro Funding, LLC
      Sparta GP Holding, LLC
        Aurora GP Holding, LLC
          Salvo Finance GP
        Salvo Finance GP
        Sparta GP Holding REO Corp
Oxmoor Center, LLC
PASS Holding LLC
Pooled Auto Securities Shelf, LLC
   Wachovia Auto Owner Trust 2005-B
   Wachovia Auto Owner Trust 2006-A
Premium Timberland Sales, Inc
Prime Direct LLC
Questpoint L.P., Inc
Railway Tenant, LLC
REDUS Properties, Inc.
   Alta Mesa AZ, LLC
   Augusta Landings Raleigh, LLC
   Aztec Park McAllen TX, LLC
   Barrington Crestview GA, LLC
   Bridgewater Falls Hamilton, LLC
   City Place Buckhead, LLC
   Desert Mirage Gilbert, LLC
   Dulles Station Herndon, LLC
   Estates at Dunwoody Park GA, LLC
   Fannin County Equestrian Community, LLC
   Lordship, LLC
   Mackaral Lane Carolina Beach, LLC
   Marina Towers Melbourne, LLC
   McCart Landing Conyers, LLC
   McClellan Greensboro, LLC
   Milford Highlands PA, LLC
   Northbrooke Woodstock, LLC
   North Fontana CA, LLC
   REDUS Alabama, LLC
   REDUS Alabama Commercial, LLC
   REDUS Arizona, LLC
   REDUS Arlington Ridge FL, LLC
   REDUS Arlington Ridge FL Land, LLC
   REDUS Atlanta Club Homes, LLC
   REDUS Atlanta Housing, LLC
   REDUS Atlanta Subdivisions, LLC
   REDUS Bell Circle Revere MA, LLC
   REDUS Brookhaven Plaza, LLC
   REDUS CA Properties, LLC
   REDUS California Land, LLC
   REDUS Charlotte Housing, LLC
   REDUS Chase Oaks Village TX, LLC
   REDUS Chesapeake Bay Resort MD, LLC
   REDUS Colorado, LLC
   REDUS Dallas TX, LLC
   REDUS Delaware, LLC
   REDUS FL Properties, LLC
   REDUS Florida Commercial, LLC
   REDUS Florida Condos, LLC
   REDUS Florida Housing, LLC
   REDUS Florida Land, LLC
   REDUS Fredenca, LLC
   REDUS Fredenca Club, LLC
   REDUS Georgia Commercial, LLC
   REDUS Greensboro Subdivisions, LLC
   REDUS Houston, LLC
   REDUS Idaho, LLC
   REDUS Illinois, LLC
   REDUS Indiana, LLC
   REDUS Kentucky, LLC
   REDUS MA Subdivisions, LLC
   REDUS Mason 31 NY, LLC
   REDUS Maryland Commercial, LLC
   REDUS MD Land, LLC
   REDUS Mississippi Land, LLC

Wells Fargo & Company
November 30, 2008
(Does include legacy Wachovia Corporation and its subsidiaries)

REDUS Missouri, LLC
REDUS Nashville Housing, LLC
REDUS New York, LLC
REDUS NC Costal, LLC
REDUS NC Housing, LLC
REDUS NC Land, LLC
REDUS Nevada, LLC
REDUS New Jersey, LLC
REDUS Ohio, LLC
REDUS Raleigh Housing, LLC
REDUS Redmond OR Land, LLC
REDUS Salina Central Mall KS, LLC
REDUS SC Coastal, LLC
REDUS SC Housing, LLC
REDUS SC Land, LLC
REDUS Tennessee Housing, LLC
REDUS Texas Land, LLC
REDUS TX Homes, LLC
REDUS TX Properties, LLC
REDUS VA Housing, LLC
REDUS Virginia Commercial, LLC
REDUS Virginia Subdivisions, LLC
REDUS Westwood, LLC
Rocky River Project LLC
SR 70 Land Bradenton, LLC
SS Columbus Morse, LLC
SS Lewis Enterprise, LLC
SS New Smyrna, LLC
SS South Loop, LLC
Taylor County Land GA, LLC
The Preserve Sevierville, LLC
The Ridges at Mountain Harbour, LLC
Veranda Park Orlando, LLC
Vermillion Huntersville, LLC
Vickery Village Cumming GA, LLC
Vista Lofts Denver, LLC
Writer's Edge Clearwater LLC
Renaissance Finance II, LLC
Residencal Asset Funding Corporation
Savings Associations Financial Enterprises, Incorporated (S A F E , Inc )
SC Realty, LLC
Solution Delivery, LLC
Source One Liquidation, LLC.
SouthTrust Capital Funding Corporation
SouthTrust Community Reinvestment Company, LLC
SoCo Community Development Company, LLC
SouthTrust Development Corporation
SouthTrust Mobile Services Funding Corporation
SouthTrust Mortgage Corporation
SPFE, Inc
St Joseph's Affordable Housing Limited Partnership
Sullivan Investments, Inc
    Wachovia Multifamily Capital, Inc
Summit PELS Funding, LLC
SURREY DOWNS/FIDOREO, INC
Tattersall Advisory Group, Inc
TAYLORR LAKES/FIDOREO, INC
The Florida Community New Markets Fund II, LLC
The Money Store, LLC
    The Money Store/Service Corp
        TMS Special Holdings, Inc.
Wachovia Education Finance Inc
    TMS Student Holdings, Inc.
        Wachovia Education Loan Funding LLC
            Wachovia Student Loan Trust 2005-1
            Wachovia Student Loan Trust 2006-1
    WES Holding Corporation
        Wachovia Equity Servicing, LLC
            Equity Insurance Agency, Inc
            Integrated Capital Group, Inc.
            Princeton Reconveyance Services Inc
Two APM Plaza, Inc
Tyre Funding, LLC
Universal Master Servicing, LLC
Wachovia Affordable Housing Community Development Corporation
    110 Monastery Associates, Limited Partnership
    150 Miami Associates Tenant, LLC
    509 Vine Street Tenant, L P
    660 Master, LLC
    1368 Euclid Street Tenant L P
    AHC Limited Partnership-11
        AHC Limited Partnership-10
    Bluffwalk Center Lessee, L P
    B-R Penn Tenant, LLC
    CACC Tenant, LP
    Canal Walk Lofts Tenant L P
    Canal Walk Lofts II L P
    Canal Walk Lofts III SCP L P
    Canal Walk Lofts III Tenant L P
    Capitol Places IV, LLC
    City Market Lofts Tenant, LLC

    Cookman Restoration L L C

6

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

CWC MT, LLC
CWC SCP, LLC
Downtown Revival Limited Partnership
Electric Building Tenant LLC
Elf Tenant, L.P.
FC Ashton Mill Master Lessee, LLC
FC CONSOLIDATED MASTER LESSEE, LLC
FC Edgeworth Master Lessee, LLC
    FC Edgeworth Lessor, LLC
FC Lucky Strike Master Lessee, LLC
    FC Lucky Strike Lessor, LLC
Forest Glen Main Master Tenant, LLC
    Forest Glen Ballroom, LLC
FSD Master Tenant, LLC
Garden-Howe Urban Renewal Associates, L.P.
Gunther HQ Federal LLC
Haskell Limited Partnership
Historic West Elementary, LLC
Johnston Mill Master Tenant, LP
Kardon/Atlantic Associates, L P
Legacy Glenn Partnership, LLC
Mt. Vernon Middle Tier, LLC
OPC Hampton Tenant, L P
Parachute Factory Tenant, LLC
Paramount Theater Tenant L P
Parkland Senior Housing, LP
Pohlig SCP, L P
PSH Slate Investor, LLC
Roanoke TS Tenant, LP
Royalton Apartments, Ltd
Seventeenth Street Lofts Tenant L.P.
Shockoe-Cary Building Tenant, L.P.
Site 15 Affordable Associates, LLC
South Street Lofts Tenant L P
SouthSide Plaza 455 Ltd., L L P
TCIG Guaranteed Tax Credit Fund I, LLC
TCIG Guaranteed Tax Credit Fund II, LLC
TCIG Guaranteed Tax Credit Fund III, LLC
TCIG Guaranteed Tax Credit Fund IV, LLC
TCIG Guaranteed Tax Credit Fund V, LLC
TCIG Guaranteed Tax Credit Fund VI, LLC
TCIG Guaranteed Tax Credit Fund VII, LLC
TCIG Tax Credit Fund I, LLC
TCIG Tax Credit Fund II, LLC
The Lofts San Marco Tenant, LLC
Todd Tenant, L  P
VCP-Carlington, LLC
Virginia Street SCP, L P.
Wachovia Community Development Enterprises, LLC
Wachovia FSD SCP, LLC
    FSD Master Tenant, LLC
Wachovia Guaranteed Middle Tier III-A-NC, LLC
Wachovia Guaranteed Middle Tier IV-P/NC, LLC
Whitney Hotel Limited Partnership
Wachovia Affordable Housing Corp
AHG Tax Credit Fund I, L L C
AHG Tax Credit Fund II, L L C
AHG Tax Credit Fund III, L L C
AHG Tax Credit Fund IV, L L C
AHG Tax Credit Fund V, L L C
AHG Tax Credit Fund VI, L L C
AHG Tax Credit Fund VII, L L C
AHG Tax Credit Fund IX, L L C
AHG Tax Credit Fund X, L L C
AHG Tax Credit Fund XII L L C
AHG Tax Credit Fund XIV, L L C
AHG Tax Credit Fund XVI, L P
AHG Tax Credit Fund XVII, L P
AHG Tax Credit Fund XVIII, LLC
AMF Managing Member, LLC
    TCF AMF, LLC
AMF-2 Managing Member, LLC
    TCF AMF-2, LLC
AMF-4A Managing Member, LLC
    TCF AMF-4A, LLC
    TCF AMF-4B, LLC
First Union Guaranteed Tax Credit Fund I, LLC
TCF A/GA-1, LLC
TCF AE/GCA, LLC
TCF A/NC-1, LLC
TCF A/V-1, LLC
    OPC Hampton SCP, LP
    OPC Hampton, LLC
TCF BA/F-G, LLC
TCF BO/F, LLC
TCF BOH/H-1, LLC
TCF BOH/H-2, LLC
TCF C/F, LLC
TCF C/F-2, LLC
TCF C/NVA-1, LLC
    Market Villas SCP, L P
TCF C/NVA-2, LLC
    CWC SCP, LLC

7

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

TCF CN/VA-3, LLC
South Street Lofts SCP L.P.
TCF CON/GA, LLC
TCF GW/F, LLC
TCF GW/GA, LLC
TCF GW-2, LLC
TCF HN/GA, LLC
TCF JN/GA, LLC
TCF JP/F, LLC
TCF JP/GA, LLC
TCF JPM/F, LLC
TCF JPM/F-2, LLC
TCF JPM/F-3, LLC
TCF M/F-1, LLC
TCF NA/VA-1, LLC
American Tobacco SCP, LP
TCF NA/VA-2, LLC
Suffolk Center for Cultural Arts SCP, L P
TCF NA/VA-3, LLC
TCF P/GA-2, LLC
TCF P/MO-1, LLC
TCF P/VA, LLC
CACC SCP, LP
CWC SCP, LLC
Edgeworth SCP, LLC
Lamont SCP, L.P.
Roanoke TS SCP, LP
TCF S/GA, LLC
TCF UB-1, LLC
TCF U/GA-2, LLC
TCF U/GA-3, LLC
TCF U/MO, LLC
TCF USB/F, LLC
TCF U/VA, LLC
Biggs Building SCP, L.P.
Bluffwalk SCP, L L C
City Market Lofts SCP, LLC
Mulberry SCP, L.P.
Parachute Factory SCP, LLC
Paramount Theater SCP L.P
Seventeenth Street Lofts SCP L P
TCF U/VA-2, LLC
Bluffwalk SCP, L L C
CWC SCP, LLC
Edgeworth SCP, LLC
Noide Bakery SCP, L.P.
TCF U/VA-3, LLC
FC Lucky Strike Lessor, LLC
TCF WF-3, LLC
TCF WF-4, LLC
TCF WF-5, LLC
TCIG Guaranteed Tax Credit Fund I, LLC
TCIG Guaranteed Tax Credit Fund II, LLC
TCIG Guaranteed Tax Credit Fund III, LLC
TCIG Guaranteed Tax Credit Fund IV, LLC
TCIG Guaranteed Tax Credit Fund V, LLC
TCIG Guaranteed Tax Credit Fund VI, LLC
TCIG Guaranteed Tax Credit Fund VII, LLC
Wauregan Development LLC
TCIG Historic Tax Credit Fund I, LLC
Walder Mansion, L. P
TCIG Tax Credit Fund I, LLC
TCIG Tax Credit Fund II, LLC
WIA Tax Credit Fund 2003-I, LLC
Wachovia Guaranteed Middle Tier III-A/NC, LLC
Wachovia Guaranteed Middle Tier IV-P/NC, LLC
Wachovia Guaranteed Middle Tier IV-U/NC, LLC
Wachovia Guaranteed Tax Credit Fund-C/GA, LLC
Wachovia Guaranteed Tax Credit Fund-WF/CA, LLC
Wachovia Guaranteed Tax Credit Fund II, LLC
Wachovia Guaranteed Tax Credit Fund III-A/GA, LLC
Wachovia Guaranteed Tax Credit Fund III-A/NC, LLC
Wachovia Guaranteed Middle Tier III-A/NC, LLC
Wachovia Guaranteed Tax Credit Fund III-CN/GA, LLC
Wachovia Guaranteed Tax Credit Fund IV-P/GA, LLC
Wachovia Guaranteed Tax Credit Fund IV-P/NC, LLC
Wachovia Guaranteed Middle Tier IV-P/NC, LLC
Wachovia Guaranteed Tax Credit Fund IV-U/GA, LLC
Mercy Housing Georgia I, L L L P
Wachovia Guaranteed Tax Credit Fund IV-U/NC, LLC
Wachovia Guaranteed Tax Credit Fund V-F/M, LLC
Wachovia Guaranteed Tax Credit Fund V-VA/M, LLC
Canal Walk Lofts II SCP, L P.
CAROLINA/CONSOLIDATED SCP, L P.
Superior Warehouse Apartment SCP, L P
Wachovia Guaranteed Tax Credit Fund-WF/CA-2, LLC
Wachovia Asia Holding Corporation
Wachovia Advisors International Limited
Wachovia Asia Limited
Wachovia Management Services Private Limited
Wachovia Management Services Private Limited
Wells Fargo Secunties Asia Limited
Wells Fargo Secunties (Japan) Co Ltd

8

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Wachovia ARM Securitization, LLC
Wachovia Asset Securitization Holding Corp
    Wachovia Asset Securitization Issuance, LLC
Wachovia Asset Securitization Issuance II, LLC
Wachovia Bank and Trust Company (Cayman) Ltd
    Wachovia Secretaries (Cayman) Ltd.
    Wachovia Directors (Cayman) Ltd
Wachovia Capital Finance Corporation
Wachovia Capital Finance Corporation
Wachovia Capital Partners, Inc
    Prometheus Investment, LLC
Wachovia Card Services, National Association
    Wachovia Card Receivables, LLC
Wachovia Commercial Mortgage Loan Warehouse Corporation
Wachovia Community Development Enterprises I, LLC
Wachovia Community Development Enterprises II, LLC
Wachovia Community Development Enterprises III, LLC
Wachovia Community Development Enterprises V, LLC
Wachovia CRE CDO 2006-1 Investor, LLC
    Wachovia CRE CDO 2006-1, Ltd.
Wachovia CRE CDO 2006-1, LLC
Wachovia Dealer Services, Inc
    WDS Receivables LLC,
        Wachovia Auto Owner Trust 2007-A
        Wachovia Auto Owner Trust 2008-A
        Wachovia Auto Loan Owner Trust 2006-1
        Wachovia Auto Loan Owner Trust 2006-2
        Wachovia Auto Loan Owner Trust 2007-1
        Wachovia Auto Loan Owner Trust 2008-1
    WDS Receivables 2 LLC
WestFin Insurance Agency, Inc
WFS Funding, Inc
    WFS Financial 2005-A Owner Trust
    WFS Receivables Corporation
        WFS Financial 2002-2 Owner Trust
        WFS Financial 2002-4 Owner Trust
    WFS Receivables Corporation 3
        WFS Financial 2002-3 Owner Trust
        WFS Financial 2003-1 Owner Trust
        WFS Financial 2003-2 Owner Trust
        WFS Financial 2003-4 Owner Trust
        WFS Financial 2004-2 Owner Trust
        WFS Financial 2004-3 Owner Trust
        WFS Financial 2004-4 Owner Trust
        WFS Financial 2005-1 Owner Trust
        WFS Financial 2005-2 Owner Trust
        WFS Financial 2005-3 Owner Trust
    WFS Web Investments
Wachovia Defeasance 3409 PRIMM III LLC
Wachovia Defeasance 601 Valley III LLC
Wachovia Defeasance Alta Mira Shopping Center LLC
Wachovia Defeasance BACM 2000-2 LLC
Wachovia Defeasance BACM 2001-PB1 LLC
Wachovia Defeasance BACM 2001-PB1 III LLC
Wachovia Defeasance BACM 2001-1 LLC
Wachovia Defeasance BACM 2002-2 LLC
Wachovia Defeasance BACM 2003-1 LLC
Wachovia Defeasance BOA-FUNB 2001-3 LLC
Wachovia Defeasance BOA-FUNB 2001-3 III LLC
Wachovia Defeasance BOA-FUNB 2001-3 CAC V-CRIT Portfolio LLC
Wachovia Defeasance BSCMS 1999-C1 LLC
Wachovia Defeasance BSCMS 1999-C1 II LLC
Wachovia Defeasance BSCMS 1999-C1 III LLC
Wachovia Defeasance BSCMS 1999-WF2 LLC
Wachovia Defeasance BSCMS 1999-WF2 III LLC
Wachovia Defeasance BSCMS 2000-WF1 LLC
Wachovia Defeasance BSCMS 2000-WF2 LLC
Wachovia Defeasance BSCMS 2001-TOP2 LLC
Wachovia Defeasance BSCMS 2002-PBW1 LLC
Wachovia Defeasance BSCMS 2002-Top6 LLC
Wachovia Defeasance BSCMS 2003-Top10 III LLC
Wachovia Defeasance BSCMS 2003-Top10 LLC
Wachovia Defeasance BSCMS 2003-Top12 LLC
Wachovia Defeasance BSCMS 2004-PWR3 LLC
Wachovia Defeasance BSCMS 2004-TOP18 525 Vine Street LLC
Wachovia Defeasance BSCMS 2004-TOP18 III LLC
Wachovia Defeasance BSCMS 2005-TOP18 LLC
Wachovia Defeasance BSCMS 2005-TOP18 III LLC
Wachovia Defeasance Chase 1997-2 LLC
Wachovia Defeasance Chase 1999-2 LLC
Wachovia Defeasance Chase 1999-2 II LLC
Wachovia Defeasance Chase 1999-2 III LLC
Wachovia Defeasance Chase 2000-1 LLC
Wachovia Defeasance Chase 2000-1 II LLC
Wachovia Defeasance CHASE 2000-1 III LLC
Wachovia Defeasance Chase 2000-2 LLC
Wachovia Defeasance CHASE 2000-2 III LLC
Wachovia Defeasance Chase 2000-3 LLC
Wachovia Defeasance CHASE 2000-3 III LLC
Wachovia Defeasance Chase-FUNB 1999-1 LLC
Wachovia Defeasance Chase-FUNB 1999-1 II LLC
Wachovia Defeasance CHASE-FUNB 1999-1 II CPI Apartments LLC

9

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Wachovia Defeasance Chase-FUNB 1999-1 Mazal LLC
Wachovia Defeasance Citigroup 2004-C1 LLC
Wachovia Defeasance Citigroup 2004-C1 CF West Palm LLC
Wachovia Defeasance Citigroup 2004-C1 Seaboard Associates LLC
Wachovia Defeasance CITIGROUP 2005-C3 LLC
Wachovia Defeasance CMAC 1999-C1 LLC
Wachovia Defeasance CMLB 2001-1 LLC
Wachovia Defeasance CSFB 1997-C1 LLC
Wachovia Defeasance CSFB 1997-C2 LLC
Wachovia Defeasance CSFB 1998-C2 LLC
Wachovia Defeasance CSFB 1998-C2 II LLC
Wachovia Defeasance CSFB 1999-C1 LLC
Wachovia Defeasance CSFB 2000-C1 LLC
Wachovia Defeasance CSFB 2001-CF2 LLC
Wachovia Defeasance CSFB 2001-CK1 LLC
Wachovia Defeasance CSFB 2001-CK3 III LLC
Wachovia Defeasance CSFB 2001-CK3 LLC
Wachovia Defeasance CSFB 2001-CKN5 LLC
Wachovia Defeasance CSFB 2001-CP4 LLC
Wachovia Defeasance CSFB 2002-CKP1 LLC
Wachovia Defeasance CSFB 2002-CKS4 LLC
Wachovia Defeasance CSFB 2002-CP5 LLC
Wachovia Defeasance CSFB 2003-C3 LLC
Wachovia Defeasance CSFB 2003-CK2 LLC
Wachovia Defeasance CSFB 2003-CPN1 LLC
Wachovia Defeasance CSFB 2003-C5 LLC
Wachovia Defeasance CSFB 2004-C1 LLC
Wachovia Defeasance CSFB 2004-C3 LLC
Wachovia Defeasance CSFB 2004-C2 III LLC
Wachovia Defeasance CSFB 2005-C1 III LLC
Wachovia Defeasance CSFB 2005-C2 III LLC
Wachovia Defeasance CSFB 2005-C2 Penn's Landing LLC
Wachovia Defeasance CSFB 2005-C3 III LLC
Wachovia Defeasance CSFB 2005-C6 III LLC
Wachovia Defeasance CSFB 2005-C6 III-KEYCORP LLC
Wachovia Defeasance DLJ 1998-CG1 LLC
Wachovia Defeasance DLJ 1998-CG1 II LLC
Wachovia Defeasance DLJ 1998-CG1 III LLC
Wachovia Defeasance DLJ 1999-CG1 LLC
Wachovia Defeasance DLJ 1999-CG1 II LLC
Wachovia Defeasance DLJ 1999-CG1 III LLC
Wachovia Defeasance DLJ 1999-CG2 LLC
Wachovia Defeasance DLJ 1999-CG2 II LLC
Wachovia Defeasance DLJ 1999-CG2 III LLC
Wachovia Defeasance DLJ 1999-CG3 LLC
Wachovia Defeasance DLJ 1999-CG3 II LLC
Wachovia Defeasance DLJ 1999-CG3 III LLC
Wachovia Defeasance DLJ 2000-CF1 LLC
Wachovia Defeasance DLJ 2000-CKP1 LLC
Wachovia Defeasance FUCM 1999-C4 LLC
Wachovia Defeasance FUCM 1999-C4 II LLC
Wachovia Defeasance FU-LB II 1997-C1 LLC
Wachovia Defeasance FU-LB 1997-C2 LLC
Wachovia Defeasance FU-LB 1997-C2 II LLC
Wachovia Defeasance FU-LB-BOA 1998-C2 LLC
Wachovia Defeasance FUNB 1999-C1 LLC
Wachovia Defeasance FUNB 1999-C1 II LLC
Wachovia Defeasance FUNB 1999-C1 III LLC
Wachovia Defeasance FUNB 1999-C4 LLC
Wachovia Defeasance FUNB 1999-C4 III LLC
Wachovia Defeasance FUNB 1999-C4 ML Windsor-ML Hammocks LLC
Wachovia Defeasance FUNB 2000-C1 LLC
Wachovia Defeasance FUNB 2000-C1 III LLC
Wachovia Defeasance FUNB 2000-C1 POOL SB LLC
Wachovia Defeasance FUNB 2000-C2 LLC
Wachovia Defeasance FUNB 2000-C2 II LLC
Wachovia Defeasance FUNB 2000-C2 III LLC
Wachovia Defeasance FUNB 2000-C2 Phoenix Crowne LLC
Wachovia Defeasance FUNB 2001-C2 LLC
Wachovia Defeasance FUNB 2001-C2 III LLC
Wachovia Defeasance FUNB 2001-C3 LLC
Wachovia Defeasance FUNB 2001-C3 III LLC
Wachovia Defeasance FUNB 2001-C3 CAC II LLC
Wachovia Defeasance FUNB 2001-C4 LLC
Wachovia Defeasance FUNB 2001-C4 CRIT Portfolio LLC
Wachovia Defeasance FUNB 2001-C4 CRIT-VA IV LLC
Wachovia Defeasance FUNB 2002-C1 LLC
Wachovia Defeasance FUNB 2002-C1 III LLC
Wachovia Defeasance FUNB 2002-C1 CRIT-VA V LLC
Wachovia Defeasance FUNB 2002-C1 Madison Sixty LLC
Wachovia Defeasance FUNB-BOA 2001-C1 LLC
Wachovia Defeasance FUNB-BOA 2001-C1 II LLC
Wachovia Defeasance FUNB-BOA 2001-C1 (CRIT NC) LLC
Wachovia Defeasance FUNB-BOA 2001-C1 (CRIT VA) LLC
Wachovia Defeasance FUNB-BOA 2001-C1 POOL SB LLC
Wachovia Defeasance FUNB-Chase 1999-C2 LLC
Wachovia Defeasance FUNB-Chase 1999-C2 II LLC
Wachovia Defeasance GE 2002-2 LLC
Wachovia Defeasance GE 2002-2 II LLC
Wachovia Defeasance GE 2002-2 183 Madison LLC
Wachovia Defeasance GECCMC 2000-1 LLC
Wachovia Defeasance GECCMC 2000-1 III LLC
Wachovia Defeasance GECCMC 2001-1 LLC

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Wachovia Defeasance GECCMC 2001-1 II LLC
Wachovia Defeasance GECCMC 2001-1 III LLC
Wachovia Defeasance GECCMC 2001-2 LLC
Wachovia Defeasance GECCMC 2001-2 II LLC
Wachovia Defeasance GECCMC 2001-2 III LLC
Wachovia Defeasance GECCMC 2001-3 LLC
Wachovia Defeasance GECCMC 2001-3 II LLC
Wachovia Defeasance GECCMC 2001-3 III LLC
Wachovia Defeasance GECCMC 2002-1 Cameron Crossing LLC
Wachovia Defeasance GECCMC 2002-1 Culver Center West LLC
Wachovia Defeasance GECCMC 2002-1 LLC
Wachovia Defeasance GECCMC 2002-2 LLC
Wachovia Defeasance GECCMC 2002-2 Witis Group FLP LLC
Wachovia Defeasance GECCMC 2002-3 LLC
Wachovia Defeasance GECCMC 2003-C2 LLC
Wachovia Defeasance GECCMC 2003-C2 Culver Center East LLC
Wachovia Defeasance GECCMC 2004-C2 LLC
Wachovia Defeasance GECCMC 2004-C2 POOL SB LLC
Wachovia Defeasance GECCMC 2004-C2 Stefan Associates LLC
Wachovia Defeasance GECCMC 2005-C1 PIt I LLC
Wachovia Defeasance GECCMC 2006-C1 III LLC
Wachovia Defeasance GECC-Subway LLC
Wachovia Defeasance GECMC 2003-C1 LLC
Wachovia Defeasance GECMC 2004-C2 III LLC
Wachovia Defeasance GMAC 1997-C2 LLC
Wachovia Defeasance GMAC 1998-C1 LLC
Wachovia Defeasance GMAC 1999-C1 LLC
Wachovia Defeasance GMAC 1999-C2 LLC
Wachovia Defeasance GMAC 2000-C3 LLC
Wachovia Defeasance GMAC 2001-C1 LLC
Wachovia Defeasance GMAC 2001-C2 LLC
Wachovia Defeasance GMAC 2002-C1 LLC
Wachovia Defeasance GMAC 2002-C2 LLC
Wachovia Defeasance GMAC 2002-C3 LLC
Wachovia Defeasance GMAC 2003-C1 LLC
Wachovia Defeasance GMAC 2003-C2 LLC
Wachovia Defeasance GMACCM 1997-C1 LLC
Wachovia Defeasance Greenwich 2002-C1 LLC
Wachovia Defeasance Greenwich 2002-C1 II LLC
Wachovia Defeasance GREENWICH 2002-C1 III LLC
Wachovia Defeasance Greenwich 2002-C1 Landmark IV LLC
Wachovia Defeasance Greenwich 2003-C1 LLC
Wachovia Defeasance Greenwich 2003-C2 LLC
Wachovia Defeasance Greenwich 2004-GG1 LLC
Wachovia Defeasance GREENWICH 2005-GG5 III LLC
Wachovia Defeasance GS 1998-C1 LLC
Wachovia Defeasance GS 2004-C1 LLC
Wachovia Defeasance GSMSC II 1999-C1 LLC
Wachovia Defeasance GSMSC II 2003-C1 LLC
Wachovia Defeasance GSMSC II 2004-GG2 1410 Broadway LLC
Wachovia Defeasance GSMSC II 2004-GG2 1441 Broadway LLC
Wachovia Defeasance HF 1999-PH1 LLC
Wachovia Defeasance HF 1999-PH1 II LLC
Wachovia Defeasance HF 1999-PH1 III LLC
Wachovia Defeasance HF 2000 PH-1 LLC
Wachovia Defeasance JPMC 1999-C7 LLC
Wachovia Defeasance JPMC 1999-PLSI LLC
Wachovia Defeasance JPMC 2000-C9 LLC
Wachovia Defeasance JPMC 2000-C10 LLC
Wachovia Defeasance JPMC 2001-C1 LLC
Wachovia Defeasance JPMC 2001-C1 III LLC
Wachovia Defeasance JPMC 2001-CIBC1 LLC
Wachovia Defeasance JPMC 2001-CIBC2 LLC
Wachovia Defeasance JPMC 2001-CIBC3 LLC
Wachovia Defeasance JPMC 2001-CIBC3 III LLC
Wachovia Defeasance JPMC 2002-C1 LLC
Wachovia Defeasance JPMC 2002-C1 II LLC
Wachovia Defeasance JPMC 2002-C1 III LLC
Wachovia Defeasance JPMC 2002-C2 LLC
Wachovia Defeasance JPMC 2002-C2 III LLC
Wachovia Defeasance JPMC 2002-C3 LLC
Wachovia Defeasance JPMC 2002-CIBC4 LLC
Wachovia Defeasance JPMC 2002-CIBC5 LLC
Wachovia Defeasance JPMC 2002-CIBC5 CP Pembroke Pines LLC
Wachovia Defeasance JPMC 2002-CIBC5 III LLC
Wachovia Defeasance JPMC 2003-C1 LLC
Wachovia Defeasance JPMC 2003-CIBC6 LLC
Wachovia Defeasance JPMC 2003-CIBC6 CP Deerfield LLC
Wachovia Defeasance JPMC 2003-CIBC7 LLC
Wachovia Defeasance JPMC 2003-LN1 LLC
Wachovia Defeasance JPMC 2003-ML1 LLC
Wachovia Defeasance JPMC 2003-PM1 LLC
Wachovia Defeasance JPMC 2003-PM1 Battery Commercial LLC
Wachovia Defeasance JPMC 2004-CIBC10 LLC
Wachovia Defeasance JPMC 2004-C2 LLC
Wachovia Defeasance JPMC 2004-C3 LLC
Wachovia Defeasance JPMC 2005-LDP1 LLC
Wachovia Defeasance JPMC 2005-LDP2 LLC
Wachovia Defeasance JPMC 2005-LDP7 III LLC
Wachovia Defeasance JPMC 2006-LDP7 III LLC
Wachovia Defeasance LB 1998-C1 LLC
Wachovia Defeasance LB 1998-C4 LLC
Wachovia Defeasance LB 1998-C4 II LLC

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Wachovia Defeasance LB 1998-C4 III LLC
Wachovia Defeasance LB 1998-C4 II Ardsey Associates LLC
Wachovia Defeasance LB 1999-C1 LLC
Wachovia Defeasance LB 1999-C1 II LLC
Wachovia Defeasance LB 1999-C1 III LLC
Wachovia Defeasance LB 1999-C2 LLC
Wachovia Defeasance LB 1999-C2 II LLC
Wachovia Defeasance LB 1999-C2 III LLC
Wachovia Defeasance LB-UBS 2000-C3 LLC
Wachovia Defeasance LB-UBS 2000-C3 II LLC
Wachovia Defeasance LB-UBS 2000-C3 III LLC
Wachovia Defeasance LB-UBS 2000-C4 LLC
Wachovia Defeasance LB-UBS 2000-C4 II LLC
Wachovia Defeasance LB-UBS 2000-C5 LLC
Wachovia Defeasance LB-UBS 2000-C5 III LLC
Wachovia Defeasance LB-UBS 2001-C2 LLC
Wachovia Defeasance LB-UBS 2001-C2 II LLC
Wachovia Defeasance LB-UBS 2001-C2 III LLC
Wachovia Defeasance LB-UBS 2001-C3 LLC
Wachovia Defeasance LB-UBS 2001-C3 1735 North Lynn LLC
Wachovia Defeasance LB-UBS 2001-C3 II LLC
Wachovia Defeasance LB-UBS 2001-C3 III LLC
Wachovia Defeasance LB-UBS 2001-C7 LLC
Wachovia Defeasance LB-UBS 2001-C7 II LLC
Wachovia Defeasance LB-UBS 2001-C7 III LLC
Wachovia Defeasance LB-UBS 2002-C1 LLC
Wachovia Defeasance LB-UBS 2002-C1 400 Atlantic LLC
Wachovia Defeasance LB-UBS 2002-C1 II LLC
Wachovia Defeasance LB-UBS 2002-C2 LLC
Wachovia Defeasance LB-UBS 2002-C2 Hibbs/Woodinville LLC
Wachovia Defeasance LB-UBS 2002-C2 II LLC
Wachovia Defeasance LB-UBS 2002-C2 III LLC
Wachovia Defeasance LB-UBS 2002-C4 LLC
Wachovia Defeasance LB-UBS 2002-C4 III LLC
Wachovia Defeasance LB-UBS 2002-C7 III LLC
Wachovia Defeasance LB-UBS 2002-C7 LLC
Wachovia Defeasance LB-UBS 2002-C7 Independence Shoppingtown
Wachovia Defeasance LB-UBS 2003-C1 LLC
Wachovia Defeasance LB-UBS 2003-C1 II LLC
Wachovia Defeasance LB-UBS 2003-C1 III LLC
Wachovia Defeasance LB-UBS 2003-C1 (Cleary) LLC
Wachovia Defeasance LB-UBS 2003-C1 Franklin Avenue LLC
Wachovia Defeasance LB-UBS 2003-C3 LLC
Wachovia Defeasance LB-UBS 2003-C3 III LLC
Wachovia Defeasance LB-UBS 2003-C5 LLC
Wachovia Defeasance LB-UBS 2003-C5 III LLC
Wachovia Defeasance LB-UBS 2003-C7 LLC
Wachovia Defeasance LB-UBS 2003-C7 (Getty) LLC
Wachovia Defeasance LB-UBS 2003-C8 LLC
Wachovia Defeasance LB-UBS 2003-C8 III LLC
Wachovia Defeasance LB-UBS 2004-C1 LLC
Wachovia Defeasance LB-UBS 2004-C4 LLC
Wachovia Defeasance LB-UBS 2004-C4 III LLC
Wachovia Defeasance LB-UBS 2004-C6 LLC
Wachovia Defeasance LB-UBS 2004-C7 LLC
Wachovia Defeasance LB-UBS 2004-C7 III LLC
Wachovia Defeasance LB-UBS 2004-C8 LLC
Wachovia Defeasance LB-UBS 2004-C8 III LLC
Wachovia Defeasance LB-UBS 2005-C7 VR Bayou LLC
Wachovia Defeasance Management LLC
Wachovia Defeasance BSCMS 1999-C1 LLC
Wachovia Defeasance Chase 1999-2 LLC
Wachovia Defeasance Chase 2000-1 LLC
Wachovia Defeasance Chase-FUNB 1999-1 LLC
Wachovia Defeasance CSFB 1998-C2 LLC
Wachovia Defeasance DLJ 1998-CG1 LLC
Wachovia Defeasance DLJ 1999-CG1 LLC
Wachovia Defeasance DLJ 1999-CG2 LLC
Wachovia Defeasance DLJ 1999-CG3 LLC
Wachovia Defeasance FUCM 1999-C4 LLC
Wachovia Defeasance FU-LB II 1997-C2 LLC
Wachovia Defeasance FUNB 1999-C1 LLC
Wachovia Defeasance FUNB 2000-C2 LLC
Wachovia Defeasance FUNB-BOA 2001-C1 LLC
Wachovia Defeasance GE 2002-2 LLC
Wachovia Defeasance GECCMC 2001-1 LLC
Wachovia Defeasance GECCMC 2001-2 LLC
Wachovia Defeasance GECCMC 2001-3 LLC
Wachovia Defeasance Greenwich 2002-C1 LLC
Wachovia Defeasance HF 1999-PH1 LLC
Wachovia Defeasance JPMC 2002-C1 LLC
Wachovia Defeasance LB 1998-C4 LLC
Wachovia Defeasance LB 1999-C1 LLC
Wachovia Defeasance LB-UBS 2000-C3 LLC
Wachovia Defeasance LB-UBS 2000-C4 LLC
Wachovia Defeasance LB-UBS 2001-C2 LLC
Wachovia Defeasance LB-UBS 2001-C3 LLC
Wachovia Defeasance LB-UBS 2001-C7 LLC
Wachovia Defeasance LB-UBS 2002-C1 LLC
Wachovia Defeasance LB-UBS 2002-C7 LLC
Wachovia Defeasance LB-UBS 2003-C1 LLC
Wachovia Defeasance MLMI 1998-C2 LLC

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Wachovia Defeasance Management II LLC
  Wachovia Defeasance Alta Mira Shopping Center LLC
  Wachovia Defeasance BACM 2000-2 LLC
  Wachovia Defeasance BACM 2002-2 LLC
  Wachovia Defeasance BACM 2001-1 LLC
  Wachovia Defeasance BACM 2001-PB1 LLC
  Wachovia Defeasance BACM 2003-1 LLC
  Wachovia Defeasance BOA-FUNB 2001-3 LLC
  Wachovia Defeasance BOA-FUNB 2001-3 CAC V-CRIT Portfolio LLC
  Wachovia Defeasance BSCMS 1999-C1 II LLC
  Wachovia Defeasance BSCMS 1999-WF2 LLC
  Wachovia Defeasance BSCMS 2000-WF1 LLC
  Wachovia Defeasance BSCMS 2000-WF2 LLC
  Wachovia Defeasance BSCMS 2001-TOP2 LLC
  Wachovia Defeasance BSCMS 2002-PBW1 LLC
  Wachovia Defeasance BSCMS 2002-TOP6 LLC
  Wachovia Defeasance BSCMS 2003-Top10 LLC
  Wachovia Defeasance BSCMS 2003-Top12 LLC
  Wachovia Defeasance BSCMS 2004-PWR3 LLC
  Wachovia Defeasance BSCMS 2004-TOP16 525 Vine Street LLC
  Wachovia Defeasance BSCMS 2005-TOP18 LLC
  Wachovia Defeasance Chase 1997-2 LLC
  Wachovia Defeasance Chase 1999-2 II LLC
  Wachovia Defeasance Chase 2000-1 II LLC
  Wachovia Defeasance Chase 2000-2 LLC
  Wachovia Defeasance Chase 2000-3 LLC
  Wachovia Defeasance Chase-FUNB 1999-1 Mazali LLC
  Wachovia Defeasance CHASE-FUNB 1999-1 II CPT Apartments LLC
  Wachovia Defeasance Citgroup 2004-C1 LLC
  Wachovia Defeasance Citgroup 2004-C1 CF West Palm LLC
  Wachovia Defeasance Citgroup 2004-C1 Seaboard Associates LLC
  Wachovia Defeasance CITIGROUP 2005-C3 LLC
  Wachovia Defeasance CMLB 2001-1 LLC
  Wachovia Defeasance CSFB 1997-C1 LLC
  Wachovia Defeasance CSFB 1997-C2 LLC
  Wachovia Defeasance CSFB 1998-C2 II LLC
  Wachovia Defeasance CSFB 1999-C1 LLC
  Wachovia Defeasance CSFB 2000-C1 LLC
  Wachovia Defeasance CSFB 2001-CP2 LLC
  Wachovia Defeasance CSFB 2001-CP4 LLC
  Wachovia Defeasance DLJ 1998-CG1 II LLC
  Wachovia Defeasance DLJ 1999-CG1 II LLC
  Wachovia Defeasance DLJ 1999-CG2 II LLC
  Wachovia Defeasance DLJ 1999-CG3 II LLC
  Wachovia Defeasance FUCM 1999-C4 II LLC
  Wachovia Defeasance FU-LB 1997-C1 LLC
  Wachovia Defeasance FU-LB 1997-C2 II LLC
  Wachovia Defeasance FUNB 1999-C1 II LLC
  Wachovia Defeasance FUNB 1999-C4 LLC
  Wachovia Defeasance FUNB 1999-C4 ML Windsor-ML Hammocks
  Wachovia Defeasance FUNB 2000-C1 LLC
  Wachovia Defeasance FUNB 2000-C1 POOL SB LLC
  Wachovia Defeasance FUNB 2000-C2 II LLC
  Wachovia Defeasance FUNB 2000-C2 Phoenix Crowns LLC
  Wachovia Defeasance FUNB 2001-C2 LLC
  Wachovia Defeasance FUNB 2001-C3 LLC
  Wachovia Defeasance FUNB 2001-C3 CAC II LLC
  Wachovia Defeasance FUNB 2001-C4 LLC
  Wachovia Defeasance FUNB 2001-C4 CRIT Portfolio LLC
  Wachovia Defeasance FUNB 2001-C4 CRIT-VA IV LLC
  Wachovia Defeasance FUNB 2002-C1 LLC
  Wachovia Defeasance FUNB 2002-C1 CRIT-VA V LLC
  Wachovia Defeasance FUNB 2002-C1 Madison Sixty LLC
  Wachovia Defeasance FUNB-BOA 2001-C1 (CRIT NC) LLC
  Wachovia Defeasance FUNB-BOA 2001-C1 (CRIT VA) LLC
  Wachovia Defeasance FUNB-BOA 2001-C1 II LLC
  Wachovia Defeasance FUNB-BOA 2001-C1 POOL SB LLC
  Wachovia Defeasance FUNB-Chase 1999-C2 LLC
  Wachovia Defeasance GE 2002-2 183 Madison LLC
  Wachovia Defeasance GE 2002-2 II, LLC
  Wachovia Defeasance GECCMC 2000-1 LLC
  Wachovia Defeasance GECCMC 2001-1 II LLC
  Wachovia Defeasance GECCMC 2001-2 II LLC
  Wachovia Defeasance GECCMC 2001-3 II LLC
  Wachovia Defeasance GECCMC 2002-1 LLC
  Wachovia Defeasance GECCMC 2002-1 Cameron Crossing LLC
  Wachovia Defeasance GECCMC 2002-1 Culver Center West LLC
  Wachovia Defeasance GECCMC 2002-2 LLC
  Wachovia Defeasance GECCMC 2002-2 Wills Group FLP LLC
  Wachovia Defeasance GECCMC 2003-1 LLC
  Wachovia Defeasance GECCMC 2003-C2 LLC
  Wachovia Defeasance GECCMC 2003-C2 Culver Center East LLC
  Wachovia Defeasance GECCMC 2004-C2 LLC
  Wachovia Defeasance GECCMC 2004-C2 POOL SB LLC
  Wachovia Defeasance GECCMC 2004-C2 Stefan Associates LLC
  Wachovia Defeasance GECCMC 2005-C1 PIL II LLC
  Wachovia Defeasance GECC-Subway LLC
  Wachovia Defeasance GECMC 2003-C1 LLC
  Wachovia Defeasance GMAC 1997-C2 LLC
  Wachovia Defeasance GMAC 1998-C2 LLC
  Wachovia Defeasance GMAC 1999-C1 LLC
  Wachovia Defeasance GMAC 1999-C2 LLC
  Wachovia Defeasance GMAC 2000-C3 LLC

**Wells Fargo & Company**
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Wachovia Defeasance GMAC 2001-C1 LLC
Wachovia Defeasance GMAC 2001-C2 LLC
Wachovia Defeasance GMAC 2002-C1 LLC
Wachovia Defeasance GMAC 2002-C2 LLC
Wachovia Defeasance GMAC 2002-C3 LLC
Wachovia Defeasance GMAC 2003-C1 LLC
Wachovia Defeasance GMAC 2003-C2 LLC
Wachovia Defeasance GMACCM 1997-C1 LLC
Wachovia Defeasance Greenwich 2002-C1 II LLC
Wachovia Defeasance Greenwich 2002-C1 Landmark IV LLC
Wachovia Defeasance Greenwich 2003-C1 LLC
Wachovia Defeasance Greenwich 2003-C2 LLC
Wachovia Defeasance Greenwich 2004-GG1 LLC
Wachovia Defeasance GS 1998-C1 LLC
Wachovia Defeasance GS 2004-C1 LLC
Wachovia Defeasance GSMSC II 1999-C1 LLC
Wachovia Defeasance GSMSC II 2003-C1 LLC
Wachovia Defeasance GSMSC II 2004-GG2 1410 Broadway LLC
Wachovia Defeasance GSMSC II 2004-GG2 1441 Broadway LLC
Wachovia Defeasance HF 1999-PH1 II LLC
Wachovia Defeasance JPMC 2001-CIBC1 LLC
Wachovia Defeasance JPMC 2001-CIBC3 LLC
Wachovia Defeasance JPMC 2002-CIBC5 LLC
Wachovia Defeasance JPMC 2002-CIBC5 CP Pembroke Pines LLC
Wachovia Defeasance JPMC 2002-C1 II LLC
Wachovia Defeasance JPMC 2002-C2 LLC
Wachovia Defeasance JPMC 2002-C3 LLC
Wachovia Defeasance JPMC 2003-C1 II LLC
Wachovia Defeasance JPMC 2003-C1BC6 LLC
Wachovia Defeasance JPMC 2003-C1BC6 CP Deerfield LLC
Wachovia Defeasance JPMC 2003-LN1 LLC
Wachovia Defeasance JPMC 2003-ML1 LLC
Wachovia Defeasance JPMC 2003-PM1 Battery Commercial LLC
Wachovia Defeasance JPMC 2004-CIBC10 LLC
Wachovia Defeasance JPMC 2004-C2 LLC
Wachovia Defeasance JPMC 2004-C3 LLC
Wachovia Defeasance JPMC 2005-LDP2 LLC
Wachovia Defeasance LB 1998-C1 LLC
Wachovia Defeasance LB 1998-C4 II LLC
Wachovia Defeasance LB 1998-C4 II Ardsley Associates LLC
Wachovia Defeasance LB 1999-C1 II LLC
Wachovia Defeasance LB 1999-C2 LLC
Wachovia Defeasance LB 1999-C2 II LLC
Wachovia Defeasance LB-UBS 2000-C3 II LLC
Wachovia Defeasance LB-UBS 2000-C5 LLC
Wachovia Defeasance LB-UBS 2001-C2 LLC
Wachovia Defeasance LB-UBS 2001-C3 1735 North Lynn LLC
Wachovia Defeasance LB-UBS 2001-C3 II LLC
Wachovia Defeasance LB-UBS 2001-C7 II LLC
Wachovia Defeasance LB-UBS 2002-C1 400 Atlantic LLC
Wachovia Defeasance LB-UBS 2002-C1 II LLC
Wachovia Defeasance LB-UBS 2002-C2 LLC
Wachovia Defeasance LB-UBS 2002-C2 Hibbs/Woodinville LLC
Wachovia Defeasance LB UBS 2002-C2 II LLC
Wachovia Defeasance LB-UBS 2002-C4 LLC
Wachovia Defeasance LB-UBS 2002-C7 Independence
Wachovia Defeasance LB-UBS 2002-C7 II LLC
Wachovia Defeasance LB-UBS 2003-C1 (Clear) LLC
Wachovia Defeasance LB-UBS 2003-C1 Franklin Avenue LLC
Wachovia Defeasance LB-UBS 2003-C1 II LLC
Wachovia Defeasance LB-UBS 2003-C3 LLC
Wachovia Defeasance LB-UBS 2003-C5 LLC
Wachovia Defeasance LB-UBS 2003-C7 LLC
Wachovia Defeasance LB-UBS 2003-C7 (GatMy) LLC
Wachovia Defeasance LB-UBS 2003-C8 LLC
Wachovia Defeasance LB-UBS 2004-C1 LLC
Wachovia Defeasance LB-UBS 2004-C4 LLC
Wachovia Defeasance LB-UBS 2004-C6 LLC
Wachovia Defeasance LB-UBS 2004-C7 LLC
Wachovia Defeasance LB-UBS 2004-C8 LLC
Wachovia Defeasance LB-UBS 2005-C7 VR Bayou LLC
Wachovia Defeasance MCF 1998-MC3 LLC
Wachovia Defeasance MLMI 1998-C2 II LLC
Wachovia Defeasance MLMI 1998-C3 LLC
Wachovia Defeasance MLMI 2002-MW1 LLC
Wachovia Defeasance MLMI 2005-CKI1 LLC
Wachovia Defeasance MSCI 1998-CF1 LLC
Wachovia Defeasance MSCI 1998-HF2 LLC
Wachovia Defeasance MSCI 1998-WF2 LLC
Wachovia Defeasance MSCI 1999-FNV1 LLC
Wachovia Defeasance MSCI 1999-LIFE1 LLC
Wachovia Defeasance MSCI 1999-RM1 LLC
Wachovia Defeasance MSCI 1999-WF1 LLC
Wachovia Defeasance MSCI 2003-IQ4 LLC
Wachovia Defeasance MSCI 2003-IQ5 LLC
Wachovia Defeasance MSCI 2003-IQ6 LLC
Wachovia Defeasance MSCI 2003-Top11 LLC
Wachovia Defeasance MSCI 2004-HQ3 LLC
Wachovia Defeasance MSCI 2004-IQ7 LLC
Wachovia Defeasance MSCI 2004-TOP15 LLC
Wachovia Defeasance MSCI 2005-TOP19 LLC
Wachovia Defeasance MSDWCI 2000-LIFE1 LLC
Wachovia Defeasance MSDWCI 2000-Life2 LLC

14

Wells Fargo & Company
November 30, 2008
(Does include legacy Wachovia Corporation and its subsidiaries)

Wachovia Defeasance MSDWCI 2001-Top5 LLC
Wachovia Defeasance MSDWCI 2002-Top7 LLC
Wachovia Defeasance MSDWCI 2003-HQ2 LLC
Wachovia Defeasance PNCMAC 1999-CM1 LLC
Wachovia Defeasance PSSFC 1999-NRF1 LLC
Wachovia Defeasance PSSFC 2003-PWR1 LLC
Wachovia Defeasance PSSFC 2003-PWR1 PAL-MED LLC
Wachovia Defeasance River Terrace LLC
Wachovia Defeasance SBMS 2000-C1 LLC
Wachovia Defeasance SBMS VII 2000-C3 LLC
Wachovia Defeasance Wachovia 2002-C1 LLC
Wachovia Defeasance Wachovia 2002-C2 LLC
Wachovia Defeasance Wachovia 2002-C2 Lawndale Market Place
Wachovia Defeasance Wachovia 2003-C3 LLC
Wachovia Defeasance Wachovia 2003-C3 Big Trout Lodge LLC
Wachovia Defeasance Wachovia 2003-C3 Gaddis LLC
Wachovia Defeasance Wachovia 2003-C4 LLC
Wachovia Defeasance Wachovia 2003-C5 LLC
Wachovia Defeasance Wachovia 2003-C6 LLC
Wachovia Defeasance Wachovia 2003-C6 John & Son's LLC
Wachovia Defeasance Wachovia 2003-C7 LLC
Wachovia Defeasance Wachovia 2003-C8 LLC
Wachovia Defeasance Wachovia 2003-C9 LLC
Wachovia Defeasance Wachovia 2004-C10 LLC
Wachovia Defeasance Wachovia 2004-C12 LLC
Wachovia Defeasance Wachovia 2004-C14 LLC
Wachovia Defeasance Wachovia 2004-C14 Amstar LLC
Wachovia Defeasance Wachovia 2004-C14 Lenexa LLC
Wachovia Defeasance Wachovia 2004-C15 LLC
Wachovia Defeasance Wachovia 2005-C16 LLC
Wachovia Defeasance Wachovia 2005-C17 LLC
Wachovia Defeasance Wachovia 2005-C17 450 Partners LLC
Wachovia Defeasance Wachovia 2005-C18 LLC
Wachovia Defeasance Wachovia 2005-C20 LLC
Wachovia Defeasance Wachovia 2005-C21 LLC
Wachovia Defeasance Management III LLC
Wachovia Defeasance 3409 PRIMM III LLC
Wachovia Defeasance 601 Valley III LLC
Wachovia Defeasance BACM 2001-PB1 III LLC
Wachovia Defeasance BOA-FUNB 2001-3 III LLC
Wachovia Defeasance BSCMS 1999-C1 III LLC
Wachovia Defeasance BSCMS 1999-WF2 III LLC
Wachovia Defeasance BSCMS 2003-TOP10 III LLC
Wachovia Defeasance BSCMS 2004-TOP16 III LLC
Wachovia Defeasance BSCMS 2005-TOP18 III LLC
Wachovia Defeasance CHASE 1999-2 III LLC
Wachovia Defeasance CHASE 2000-1 III LLC
Wachovia Defeasance CHASE 2000-2 III LLC
Wachovia Defeasance CHASE 2000-3 III LLC
Wachovia Defeasance CSFB 2005-C1 III LLC
Wachovia Defeasance DLJ 1998-CG1 III LLC
Wachovia Defeasance DLJ 1999-CG1 III LLC
Wachovia Defeasance DLJ 1999-CG2 III LLC
Wachovia Defeasance DLJ 1999-CG3 III LLC
Wachovia Defeasance FUNB-CHASE 1999-C2 III LLC
Wachovia Defeasance FUNB 1999-C1 III LLC
Wachovia Defeasance FUNB 1999-C4 III LLC
Wachovia Defeasance FUNB 2000-C1 III LLC
Wachovia Defeasance FUNB 2000-C2 III LLC
Wachovia Defeasance FUNB 2001-C2 III LLC
Wachovia Defeasance FUNB 2001-C3 III LLC
Wachovia Defeasance FUNB 2002-C1 III LLC
Wachovia Defeasance GECCMC 2000-1 III LLC
Wachovia Defeasance GECCMC 2001-1 III LLC
Wachovia Defeasance GECCMC 2001-2 III LLC
Wachovia Defeasance GECCMC 2001-3 III LLC
Wachovia Defeasance GECCMC 2006-C1 III LLC
Wachovia Defeasance GECMC 2004-C2 III LLC
Wachovia Defeasance GREENWICH 2002-C1 III LLC
Wachovia Defeasance GREENWICH 2005-GG5 III LLC
Wachovia Defeasance HF 1999-PH1 III LLC
Wachovia Defeasance JPMC 2001-CIBC3 III LLG
Wachovia Defeasance JPMC 2002-C1 III LLC
Wachovia Defeasance JPMC 2002-C2 III LLC
Wachovia Defeasance JPMC 2002-CIBC5 III LLC
Wachovia Defeasance JPMC 2005-LDP2 III LLC
Wachovia Defeasance JPMC 2006-LDP7 III LLC
Wachovia Defeasance LB 1998-C4 III LLC
Wachovia Defeasance LB 1999-C1 III LLC
Wachovia Defeasance LB 1999-C2 III LLC
Wachovia Defeasance LB-UBS 2000-C3 III LLC
Wachovia Defeasance LB-UBS 2000-C5 III LLC
Wachovia Defeasance LB-UBS 2001-C2 III LLC
Wachovia Defeasance LB-UBS 2001-C3 III LLC
Wachovia Defeasance LB-UBS 2001-C7 III LLC
Wachovia Defeasance LB-UBS 2002-C2 III LLC
Wachovia Defeasance LB-UBS 2002-C4 III LLC
Wachovia Defeasance LB-UBS 2002-C7 III LLC
Wachovia Defeasance LB-UBS 2003-C1 III LLC
Wachovia Defeasance LB-UBS 2003-C3 III LLC
Wachovia Defeasance LB-UBS 2003-C5 III LLC
Wachovia Defeasance LB-UBS 2003-C8 III LLC
Wachovia Defeasance LB-UBS 2004-C4 III LLC

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Wachovia Defeasance LB-UBS 2004-C7 III LLC
Wachovia Defeasance LB-UBS 2004-C8 III LLC
Wachovia Defeasance MLMI 1998-C2 III LLC
Wachovia Defeasance MLMI 2002-MW1 III LLC
Wachovia Defeasance MLMI 2005-CKI1 III LLC
Wachovia Defeasance MSCI 2004-TOP15 III LLC
Wachovia Defeasance MSDWCI 2001-TOP5 III LLC
Wachovia Defeasance MSDWCI 2002-TOP7 III LLC
Wachovia Defeasance Wachovia 2002-C1 III LLC
Wachovia Defeasance Wachovia 2002-C2 III LLC
Wachovia Defeasance Wachovia 2003-C3 III LLC
Wachovia Defeasance Wachovia 2003-C5 III LLC
Wachovia Defeasance Wachovia 2003-C7 III LLC
Wachovia Defeasance Wachovia 2004-C10 III LLC
Wachovia Defeasance WACHOVIA 2004-C12 III LLC
Wachovia Defeasance Wachovia 2004-C14 III LLC
Wachovia Defeasance Wachovia 2004-C15 III LLC
Wachovia Defeasance Wachovia 2005-C16 III LLC
Wachovia Defeasance Wachovia 2005-C17 III LLC
Wachovia Defeasance Wachovia 2005-C20 III LLC
Wachovia Defeasance Wachovia 2005-C22 III LLC
Wachovia Defeasance Wachovia 2006-C23 III LLC
Wachovia Defeasance Wachovia 2006-C24 III LLC
Wachovia Defeasance Wachovia 2006-C25 III LLC
Wachovia Defeasance Management-KeyCorp LLC
Wachovia Defeasance CSFB 2001-CK1 LLC
Wachovia Defeasance CSFB 2001-CK3 LLC
Wachovia Defeasance CSFB 2001-CKN5 LLC
Wachovia Defeasance CSFB 2002-CKS4 LLC
Wachovia Defeasance CSFB 2003-C3 LLC
Wachovia Defeasance CSFB 2003-CK2 LLC
Wachovia Defeasance CSFB 2004-C1 LLC
Wachovia Defeasance CSFB 2004-C2 LLC
Wachovia Defeasance CSFB 2005-C2 Penn's Landing LLC
Wachovia Defeasance CSFB 2005-C2 III LLC
Wachovia Defeasance DLJ 2000-CKP1 LLC
Wachovia Defeasance FU-LB-BOA 1998-C2 LLC
Wachovia Defeasance JPMC 2000-C9 LLC
Wachovia Defeasance LB-UBS 2000-C4 II LLC
Wachovia Defeasance MLMI 2005-MKB2 LLC
Wachovia Defeasance MLMT 2004-MKB1 LLC
Wachovia Defeasance PMAC 1999-C1 LLC
Wachovia Defeasance PSSFC 1998-C1 LLC
Wachovia Defeasance Management-KeyCorp III LLC
Wachovia Defeasance CSFB 2001-CK3 III LLC
Wachovia Defeasance CSFB 2005-C6 III-KEYCORP LLC
Wachovia Defeasance Management-Midland LLC
Wachovia Defeasance CMAC 1999-C1 LLC
Wachovia Defeasance CSFB 2002-CKP1 LLC
Wachovia Defeasance CSFB 2002-CP5 LLC
Wachovia Defeasance CSFB 2003-CPN1 LLC
Wachovia Defeasance CSFB 2003-C5 LLC
Wachovia Defeasance DLJ 2000-CF1 LLC
Wachovia Defeasance HF 2000 PH-1 LLC
Wachovia Defeasance JPMC 1999-C7 LLC
Wachovia Defeasance JPMC 1999-PLS1 LLC
Wachovia Defeasance JPMC 2000-C10 LLC
Wachovia Defeasance JPMC 2001-C1 LLC
Wachovia Defeasance JPMC 2001-CIBC2 LLC
Wachovia Defeasance JPMC 2002-CIBC4 LLC
Wachovia Defeasance JPMC 2003-CIBC7 LLC
Wachovia Defeasance JPMC 2003-PM1 LLC
Wachovia Defeasance JPMC 2005-LDP1 LLC
Wachovia Defeasance MLMI 2005-MCP1 LLC
Wachovia Defeasance MLMI 2005-MCP1 PVA III LLC
Wachovia Defeasance PNCMAC 2000-C1 LLC
Wachovia Defeasance PNCMAC 2001-C1 LLC
Wachovia Defeasance SBMS VII 2000-C3 Wellington Place LLC
Wachovia Defeasance SBMS VII 2001-C1 LLC
Wachovia Defeasance SBMS VII 2001-C2 LLC
Wachovia Defeasance Management-Midland III LLC
Wachovia Defeasance CSFB 2004-C3 III LLC
Wachovia Defeasance CSFB 2005-C3 III LLC
Wachovia Defeasance CSFB 2005-C6 III LLC
Wachovia Defeasance JPMC 2001-C1 III LLC
Wachovia Defeasance MCF 1998-MC3 LLC
Wachovia Defeasance MLMI 1998-C2 LLC
Wachovia Defeasance MLMI 1998-C2 III LLC
Wachovia Defeasance MLMI 1998-C3 LLC
Wachovia Defeasance MLMI 2002-MW1 LLC
Wachovia Defeasance MLMI 2002-MW1 III LLC
Wachovia Defeasance MLMI 2005-CKI1 III LLC
Wachovia Defeasance MLMI 2005-MCP1 LLC
Wachovia Defeasance MLMI 2005-MCP1 PVA III LLC
Wachovia Defeasance MLMI 2005-MKB2 LLC
Wachovia Defeasance MLMI 2005-CKI1 LLC
Wachovia Defeasance MLMT 2004-MKB1 LLC
Wachovia Defeasance MSCI 1998-CF1 LLC
Wachovia Defeasance MSCI 1998-HF2 LLC
Wachovia Defeasance MSCI 1998-WF2 LLC
Wachovia Defeasance MSCI 1999-FNV1 LLC
Wachovia Defeasance MSCI 1999-LIFE1 LLC

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Wachovia Defeasance MSCI 1999-RM1 LLC
Wachovia Defeasance MSCI 1999 WF1 LLC
Wachovia Defeasance MSCI 2003-IO4 LLC
Wachovia Defeasance MSCI 2003-IO5 LLC
Wachovia Defeasance MSCI 2003-IQ6 LLC
Wachovia Defeasance MSCI 2003-Top11 LLC
Wachovia Defeasance MSCI 2004-HQ3 LLC
Wachovia Defeasance MSCI 2004-IQ7 LLC
Wachovia Defeasance MSCI 2004-TOP15 LLC
Wachovia Defeasance MSCI 2004-TOP15 III LLC
Wachovia Defeasance MSCI 2005-TOP19 LLC
Wachovia Defeasance MSDWCI 2000-LIFE1 LLC
Wachovia Defeasance MSDWCI 2000-Life2 LLC
Wachovia Defeasance MSDWCI 2001-Top5 LLC
Wachovia Defeasance MSDWCI 2001-TOP5 III LLC
Wachovia Defeasance MSDWCI 2002-TOP7 III LLC
Wachovia Defeasance MSDWCI 2002-Top7 LLC
Wachovia Defeasance MSDWCI 2003-HQ2 LLC
Wachovia Defeasance PMAC 1999-C1 LLC
Wachovia Defeasance PNCMAC 1999-CM1 LLC
Wachovia Defeasance PNCMAC 2000-C1 LLC
Wachovia Defeasance PNCMAC 2001-C1 LLC
Wachovia Defeasance PSSFC 1998-C1 LLC
Wachovia Defeasance PSSFC 1999-NRF1 LLC
Wachovia Defeasance PSSFC 2003-PWR1 LLC
Wachovia Defeasance PSSFC 2003-PWR1 PAL-MED LLC
Wachovia Defeasance River Terrace LLC
Wachovia Defeasance SBMS 2000-C1 LLC
Wachovia Defeasance SBMS VII 2000-C3 LLC
Wachovia Defeasance SBMS VII 2000-C3 Wellington Place LLC
Wachovia Defeasance SBMS VII 2001-C2 LLC
Wachovia Defeasance SBMS VII 2001-C2 LLC
Wachovia Defeasance Wachovia 2002-C1 LLC
Wachovia Defeasance Wachovia 2002-C1 III LLC
Wachovia Defeasance Wachovia 2002-C2 LLC
Wachovia Defeasance Wachovia 2002-C2 III LLC
Wachovia Defeasance Wachovia 2002-C2 Lawndale Market Place LLC
Wachovia Defeasance Wachovia 2003-C3 LLC
Wachovia Defeasance Wachovia 2003-C3 Big Trout Lodge LLC
Wachovia Defeasance Wachovia 2003-C3 Gaddis LLC
Wachovia Defeasance Wachovia 2003-C3 III LLC
Wachovia Defeasance Wachovia 2003-C4 LLC
Wachovia Defeasance Wachovia 2003-C5 LLC
Wachovia Defeasance Wachovia 2003-C5 III LLC
Wachovia Defeasance Wachovia 2003-C6 LLC
Wachovia Defeasance Wachovia 2003-C6 John & Son's LLC
Wachovia Defeasance Wachovia 2003-C7 LLC
Wachovia Defeasance Wachovia 2003-C7 III LLC
Wachovia Defeasance Wachovia 2003-C8 LLC
Wachovia Defeasance Wachovia 2003-C9 LLC
Wachovia Defeasance Wachovia 2004-C10 LLC
Wachovia Defeasance Wachovia 2004-C10 III LLC
Wachovia Defeasance Wachovia 2004-C12 LLC
Wachovia Defeasance WACHOVIA 2004-C12 III LLC
Wachovia Defeasance Wachovia 2004-C14 LLC
Wachovia Defeasance Wachovia 2004-C14 III LLC
Wachovia Defeasance Wachovia 2004-C14 Amstar LLC
Wachovia Defeasance Wachovia 2004-C14 Lenexa LLC
Wachovia Defeasance Wachovia 2004-C15 LLC
Wachovia Defeasance Wachovia 2004-C15 III LLC
Wachovia Defeasance Wachovia 2005-C16 LLC
Wachovia Defeasance Wachovia 2005-C16 III LLC
Wachovia Defeasance Wachovia 2005-C17 LLC
Wachovia Defeasance Wachovia 2005-C17 III LLC
Wachovia Defeasance Wachovia 2005-C17 450 Partners LLC
Wachovia Defeasance Wachovia 2005-C18 LLC
Wachovia Defeasance Wachovia 2005-C20 LLC
Wachovia Defeasance Wachovia 2005-C20 III LLC
Wachovia Defeasance Wachovia 2005-C21 LLC
Wachovia Defeasance Wachovia 2005-C22 III LLC
Wachovia Defeasance Wachovia 2006-C23 III LLC
Wachovia Defeasance Wachovia 2006-C24 III LLC
Wachovia Defeasance Wachovia 2006-C25 III LLC
Wachovia Encryption Technologies, LLC
Wachovia Financial Services, Inc
    Dooley Transport, LLC
    First Union Commercial Leasing Group, L L C.
    First Union Rail Corporation
        Ironbrand Capital LLC
        Railcar Investment, LLC
        Transportation Equipment Advisors, Inc
    Ironbrand Capital LLC
    Oxmoor Center, LLC
    Railcar Investment, LLC
    Structured Principal Strategies, LLC
    Wachovia International Services Private Limited
    Wachovia RE, Inc
    Wachovia Shared Resources, LLC
Wachovia Fixed Income Structured Trading Solutions, LLC
Wachovia Holdings, Inc
Wachovia Insurance Services Broker Dealer, Inc
    First Union Insurance Group Trust I
Wachovia International Banking Corporation

17

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Congress Financial Capital (US) Corporation
    Congress Financial Capital Corporation (Canada)
    Congress Financial Capital Company
        Congress Financial Capital Corporation (Canada)
    Evergreen Worldwide Distributors, Ltd.
    Philadelphia International Equities, Inc.
        Philadelphia National Limited
    Wachovia Capital Finance Corporation (Canada)
    Wachovia Real Estate Korea, Inc.
    Wells Fargo Securities International Limited
    WBC Aruba N.V.
Wachovia International Services Private Limited
Wachovia Large Loan, Inc.
Wachovia Mortgage Corporation
Wachovia Mortgage Loan Trust, LLC
Wachovia Netherlands Holdings, Inc.
    Danube Holdings I C.V.
        Wachovia International B.V.
            Wells Fargo Bank International
            WBI Holdings I, LLC
            WBI Holdings II, LLC
            WBI Holdings III, LLC
            WBI Holdings IV, LLC
            WBI Holdings V, LLC
            WBI Holdings VI, LLC
Wachovia Operational Services, LLC
Wachovia PASS Co., LLC
Wachovia Preferred Funding Holding Corp
    Wachovia Preferred Funding Corp.
        Wachovia Preferred Realty, LLC
        Wachovia Real Estate Investment Corp
Wachovia Preferred Realty, LLC
Wachovia Residual Interest Securitization, LLC
Wachovia Service Corporation
    LG-354 Lewisville TX, LLC
Wachovia Trade Finance Corporation
Waterside Villages, LLC
WB Loan Funding 1, LLC
WB Loan Funding 2, LLC
WB Loan Funding 6 (ONSHORE), LLC
WB Loan Funding 7 (OFFSHORE), LLC
WB Loan Funding 8, LLC
WB Loan Funding 9, LLC
WB Loan Funding 10, LLC
WB Loan Funding 14, LLC
WB Loan Funding 15, LLC
WB Loan Funding 16, LLC
WB Loan Funding 17, LLC
WB Loan Funding 18, LLC
WELF Holding LLC
Wells Fargo Commercial Mortgage Securities, Inc
Wells Fargo Exchange Services, LLC
    PHH Funding, LLC
    Ryder Exchange, LLC
    TOI Exchange, LLC
    Wheels Exchange, LLC
William Byrd Hotel Associates, L.P
Winchester REO, LLC
WLH 2008-1, LLC
WPFC Asset Funding LLC
WREK Retail I, LLC
Wachovia Bank of Delaware, National Association
Wachovia Capital Investments, Inc
    Wachovia High Yield Investments Corporation
    Wachovia International Capital Corporation
        Wachovia International Servicos, LTDA
        WSH Holdings, Ltd.
Wachovia International Servicos, LTDA
Wachovia Capital Investors, Inc.
Wachovia Capital Trust I
Wachovia Capital Trust II
Wachovia Capital Trust III
Wachovia Capital Trust IV
Wachovia Capital Trust V
Wachovia Capital Trust IX
Wachovia Capital Trust X
Wachovia Community Development Corporation
Wachovia Development Corporation (Charlotte, NC)
    425 South Tryon Street, LLC
    Ao Cheng Ltd
    AZ-#3644 Jackson, LLC
    Bay Harbor Homes, LLC
    Fairways 340 LLC
    Flagstone Apartment Property, LLC
    Foresight Business Plaza Investment Company Limited
    Fullerton Towers Holdings, LLC
    Greensboro-Richmond Properties, LLC
    Hanover/FUDC Master Limited Partnership
        Villages at Warner Ranch PUD, LP
    Head Crown Development Limited
    HS-ORLANDO FL, LLC
    HSM/WDC Kansas City Portfolio, LLC
        HSM/WDC Westbrooke I, LLC

18

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

HSM/WDC Westbrooke II, LLC
HSM/WDC Regency, LLC
HSM/WDC Pinetree, LLC
JC-Warren Mt, LLC
Meadowmont JV, LLC
Mountain Ventures Treviso Bay, LLC
  Treviso Bay Development, LLC
Oak Haven Senior Living, LLC
Oilwell Supply, L P
Phoenix Metro Holdings, LLC
Prime Era Investments Limited
PTO Holdings, LLC
R B C Corporation
Real Sincere Group Limited
Tanford Holding Company Ltd.
THM Master TE, LLC
Vista Realty Portfolio Investments LLC
Wachovia 300 California Member, LLC
Wachovia Caveness Member, LLC
  Caveness Partner, LLC
Wachovia Century Mill Member, LLC
  Century Mill Investors LLC
Wachovia KW1, LLC
  Hokkaido Apartments LLC
Wachovia KW2, LLC
  KW Residential, LLC
  KW Investment Co., Ltd.
Wachovia Ocean View Member, LLC
  Ocean View Holdco, LLC
WDC/Babcock Fairways, LLC
  Fairways 340 LLC
WDC 541 N Fairbanks Member, LLC
  G/WDC 541 N Fairbanks, LLC
WDC KW America Member, LLC
  KW America Multifamily, LLC
    KW/WDC Westmoreland, LLC
  KW/WDC Westmoreland, LLC
WDC Lake Spivey Member, LLC
  Lake Spivey Senior Living/WDC, LLC
WDC Member KW Portfolio, LLC
  KW/WDC Apartment Portfolio, LLC
    KW/WDC Beaverton, LLC
    KW/WDC Sacramento LLC
    KW/WDC Vallejo LLC
WDC PSL City Center, LLC
  PSL City Center, LLC
WDC Triad Parent, LLC
  WDC Triad Member I, LLC
    Triad Apartment Portfolio, LLC
WDC Union Station, LLC
  Union Station Holding Company, LLC
WDC Ventures Ltd.
WG-5278 MO, LLC
Wachovia Financial Services, Inc
Wachovia Insurance Agency, Inc
  Professional Direct Agency, Inc
  Union Hamilton Special Purpose Funding 2005-1, LLC
  Union Hamilton Special Purpose Funding 2005-2, LLC
  Union Hamilton Special Purpose Funding 2005-1, LLC
Wachovia Investors, Inc.
  CMLB 2001, LLC
  Jordan Investments GP
    Jordan Investments LP
      Tyree Financing, S à r l
  Jordan Investments LP
  LYNX 2002-I, Ltd.
  Meridian Venture Partners
  MVP Distribution Partners
  Wachovia Capital Partners 1997, LLC
  Wachovia Capital Partners 1998, LLC
  Wachovia Capital Partners 1998-II, LLC
  Wachovia Capital Partners 1999, LLC
  Wachovia Capital Partners 1999-II, LLC
  Wachovia Capital Partners 2000, LLC
  Wachovia Capital Partners 2001, LLC
  Wachovia Capital Partners 2002, LLC
  Wachovia Capital Partners 2003, LLC
  Wachovia Capital Partners 2004, LLC
  Wachovia Capital Partners 2005, LLC
  Wachovia Capital Partners Management Company, LLC
  WCP Fund I, L.P.
  WCP Fund II, L P
    WCP Compression, LLC
      WCP Compression Holdings, LLC
  WCP Holdings 2002, LLC
  WCP Holdings 2004, LLC
  WCP Holdings 2005, LLC
  WCP Holdings 2006, LLC
  WCP Secondary Fund I GP, LLC
    Wachovia Capital Partners Secondary Fund I, L P
  Wheat First Butcher Singer Private Equity Fund, Limited Partnership (1%-NV)
Wachovia Life Insurance Company

19

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Wachovia Preferred Funding Corp
Wachovia Preferred Funding Holding Corp
Wachovia Private Capital, Inc.
Wachovia Real Estate Investment Corp
Wachovia Regional Community Development Corporation, Inc
Wachovia Regional Foundation
Wachovia Risk Services, Inc
Wachovia Trust Services, Inc
WOS Holdings, Inc
  WOSI, LLC
    Heritage Indemnity Company
    Heritage Mechanical Breakdown Corporation
    The Westlake Group, Limited
      Westlake Insurance Company (Bermuda), Ltd.
    Wachovia Administrative Services, Inc
    Wachovia Management Corporation
    Wachovia Warranty Corporation
Wells Fargo Asia Limited
  Wells Fargo International Commercial Services Limited
Wells Fargo Bank South Central, National Association
  Greenfield Funding, LLC
  SCG Funding, LLC
Wells Fargo Capital IV
Wells Fargo Capital VII
Wells Fargo Capital VIII
Wells Fargo Capital IX
Wells Fargo Capital X
Wells Fargo Capital XI
Wells Fargo Capital XII
Wells Fargo Capital XIII
Wells Fargo Capital XIV
Wells Fargo Capital XV
Wells Fargo Community Development Corporation
Wells Fargo Credit, Inc
  Wells Fargo Institutional Funding, LLC
    Wells Fargo Institutional Securities, LLC
Wells Fargo Energy Capital, Inc
Wells Fargo Exchange Services, Inc.
  NCT Exchange, LLC
  Pursuit of Joy, LLC
  Riggs Rental Exchange, LLC
  Ryaccom, LLC
Wells Fargo Financial Services, Inc
  Wells Fargo Financial, Inc.
    Alcas Funding, LLC
      Cervus Funding, L.P.
    Centurion Agency Nevada, Inc.
    Centurion Casualty Company
    Centurion Life Insurance Company
      Aspen Delaware Funding, LLC
        Sierra Peaks Funding, LP
      Wapiti Funding, LLC
        Cervus Funding, L.P.
    Chestnut Asset Management, Inc
    Dial Finance Company, Inc.
    Dial National Community Benefits, Inc.
    Elis Advertising, Inc
    Finverzon USA, Inc.
    Island Finance Credit Services, Inc.
    Island Finance New York, Inc
    Norwest Financial Canada DE, Inc.
      Telemian Funding, Inc
        Havanese Funding, LLC
        Wells Fargo Financial Corporation Canada
          Wells Fargo Business Credit Canada ULC
          Wells Fargo Equipment Finance Company
          Wells Fargo Financial Canada Corporation
          Wells Fargo Financial Retail Services Company Canada
          Wells Fargo Foothill Canada ULC
      Wells Fargo Financial Hong Kong Limited
    Norwest Financial Funding, Inc.
      Island Finance Holding Company, LLC
        Island Finance Sales Finance Corporation
          Island Finance Sales Finance Trust
            Reliable Finance Holding Company
              Reliable Finance Holding Company, LLC
      Tai Mo Shan Investments Partnership
    Wells Fargo Financial Funding B.V
      HADBO Investments C.V
    Norwest Financial Investment, Inc
    Norwest Financial Investment 1, Inc.
    Norwest Financial Massachusetts
    Reliable Financial Services, Inc
    Reliable Insurance Services Corp
    Sierra Delaware Funding, LLC
      Sierra Peaks Funding, LP
    Wells Fargo Financial Agency, Co.
    Wells Fargo Financial Alabama, Inc
    Wells Fargo Financial Alaska, Inc
    Wells Fargo Financial America, Inc
    Wells Fargo Financial Arizona, Inc
    Wells Fargo Financial California, Inc
      Victoria Investments, LLC

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Tai Mo Shan Investments Partnership
TMS Funding Limited
Wells Fargo Financial Colorado, Inc
Wells Fargo Financial Connecticut, Inc
Wells Fargo Financial Credit Services New York, Inc
Wells Fargo Financial Delaware, Inc
Wells Fargo Financial Florida, Inc
  Wells Fargo Financial System Florida, Inc
  Wells Fargo Servicing Solutions, LLC
Wells Fargo Financial Georgia, Inc
Wells Fargo Financial Guam, Inc
Wells Fargo Financial Hawaii, Inc
Wells Fargo Financial Holdings, LLC
Wells Fargo Financial Idaho, Inc
Wells Fargo Financial Illinois, Inc.
Wells Fargo Financial Indiana, Inc
Wells Fargo Financial Information Services, Inc.
Wells Fargo Financial Investment, Inc.
Wells Fargo Financial Iowa 1, Inc
Wells Fargo Financial Iowa 3, Inc
Wells Fargo Financial Kansas, Inc
Wells Fargo Financial Kentucky, Inc
Wells Fargo Financial Kentucky 1, Inc
Wells Fargo Financial Louisiana, Inc
Wells Fargo Financial Maine, Inc.
Wells Fargo Financial Maryland, Inc
Wells Fargo Financial Massachusetts, Inc.
Wells Fargo Financial Massachusetts 1, Inc.
Wells Fargo Financial Michigan, Inc
Wells Fargo Financial Minnesota, Inc.
  Wells Fargo Financial Acceptance, LLC
    CGI Insurance Company Ltd
    Wells Fargo Financial Acceptance America, Inc
    Wells Fargo Financial Arkansas, Inc
    Wells Fargo Financial Receivables, LLC
    Wells Fargo Financial Vermont, Inc
Wells Fargo Financial Mississippi, Inc
Wells Fargo Financial Mississippi 2, Inc.
Wells Fargo Financial Missouri, Inc
Wells Fargo Financial Montana, Inc
Wells Fargo Financial National Bank
  Kildeer Capital Company, LLC
Wells Fargo Financial Nebraska, Inc.
Wells Fargo Financial Nevada, Inc
Wells Fargo Financial Nevada 1, Inc
Wells Fargo Financial Nevada 2, Inc
Wells Fargo Financial New Hampshire, Inc
Wells Fargo Financial New Hampshire 1, Inc
Wells Fargo Financial New Jersey, Inc
Wells Fargo Financial New Mexico, Inc
Wells Fargo Financial New York, Inc
Wells Fargo Financial North Carolina, Inc
Wells Fargo Financial North Carolina 1, Inc
Wells Fargo Financial North Dakota, Inc.
Wells Fargo Financial Ohio, Inc
Wells Fargo Financial Ohio 1, Inc
Wells Fargo Financial Oklahoma, Inc
Wells Fargo Financial Oregon, Inc
Wells Fargo Financial Pennsylvania, Inc.
Wells Fargo Financial Puerto Rico, Inc
Wells Fargo Financial Resources, Inc
Wells Fargo Financial Retail Credit, Inc
Wells Fargo Financial Retail Services, Inc.
Wells Fargo Financial Rhode Island, Inc
Wells Fargo Financial Saipan, Inc
Wells Fargo Financial Security Services, Inc.
Wells Fargo Financial Services Virginia, Inc.
Wells Fargo Financial South Carolina, Inc
Wells Fargo Financial South Dakota, Inc
Wells Fargo Financial System Minnesota, Inc.
Wells Fargo Financial System Virginia, Inc
Wells Fargo Financial Tennessee, Inc
Wells Fargo Financial Tennessee 1, LLC
Wells Fargo Financial Texas, Inc
Wells Fargo Financial Utah, Inc
Wells Fargo Financial Virginia, Inc
Wells Fargo Financial Washington, Inc
Wells Fargo Financial Washington 1, Inc
Wells Fargo Financial West Virginia, Inc
Wells Fargo Financial Wisconsin, Inc
Wells Fargo Financial Wyoming, Inc
Wells Fargo Insurance, Inc
  H.D. Vest Insurance Agency, L.L.C
  H.D. Vest Insurance Agency, L.L.C
  Regency Insurance Agency, Inc
  Rural Community Insurance Agency, Inc
    Rural Community Insurance Company
  Wells Fargo Insurance Nevada, Inc
  Wells Fargo Insurance Wyoming, Inc
Wells Fargo Insurance Services USA, Inc
  BenefitElect Alliance, LLC
  Union Commerce Title Company, LLC
Wells Fargo Investment Group, Inc

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Nelson Capital Management, LLC
NVP Associates, LLC
Norwest Venture Partners Advisory-Mauritius
NVP Venture Capital India Private Limited
NVP Israel Ltd
Wells Fargo Alternative Asset Management, LLC
Wells Fargo Funds Distributor, LLC
Wells Fargo Funds Management, LLC
Wells Fargo Investments, LLC
Stagecoach Insurance Services, LLC
WFI Insurance Agency Washington, Inc
WFI Insurance Agency, Inc
Wells Fargo Properties, Inc.
Norwest Properties Holding Company
Wells Fargo Securities Limited
WF Deferred Compensation Holdings, Inc
WFC Holdings Corporation
Charter Holdings, Inc.
IBID, Inc.
First Security Capital I
Wells Fargo Bank Northwest, National Association
Pure Funding, LLC
Bergamasco Funding, LLC
Whippet Funding, LLC
Wells Fargo Bank, Ltd
Essidil Secured, L.L.C
Wells Fargo Bank, National Association
AILS, Inc
American Securities Company
American Securities Company of Missouri
American Securities Company of Nevada
American Securities Company of Utah
AmNet Mortgage LLC
American Mortgage Network LLC
ATC Realty Nine, Inc.
ATC Realty Fifteen, Inc.
SG Group Holdings LLC
SG New York LLC
SG Tucson LLC
SG Pennsylvania LLC
ATC Realty Sixteen, Inc
CNB Investment Trust I
CNB Investment Trust II
Colin Equities, Inc
Crocker Properties, Inc.
DE Capital Mortgage, LLC (50.1% owned)
Delaware Trust Company, National Association
Evergreen Investment Management Trust
DNA Investment Holdings, LLC
Epic Funding Corporation
First Consumer Services, Inc
Foothill Group, LLC, The
Gallard Capital Management, Inc
Golden West Savings Association Service Co.
GWFC, LP
Lincoln Building Corporation
Mid-Peninsula Capital, LLC
Mulberry Asset Management, Inc.
Pelican Asset Management, Inc
Violet Asset Management, Inc
Bitterroot Funding, LLC
Sweatroot Investments Limited
Thirty-Eight Hundred Fund, LLC
The Thirty-Eight Hundred Fund, LLC
IntraWest Asset Management, Inc
Alano Funding, LLC
Azalea Asset Management, Inc
Bottlebush Financing, LLC
Carnation Asset Management, Inc
Golden Pacific Insurance Company
Amber Asset Management Inc
Ruby Asset Management Inc
Sapphire Asset Management Inc
Peony Asset Management, Inc
Golden Funding Company
Rigel Funding, LLC
Sirius Funding, LLC
Falcon Asset Management, Inc
Blue Spirit Insurance Company
Harrier Funding, LLC
Iapetus Funding, LP
Mastef Funding Company
IWC Insurance Company
Pheasant Asset Management, Inc
Great Plains Insurance Company
Sagebrush Asset Management, Inc
Quail Asset Management, LLC
Saver Asset Management, Inc
Marigold Asset Management, Inc
Marigold International Limited
Bluebonnet Asset Management, Inc
Columbine Asset Management, Inc
Saguaro Asset Management, Inc

22

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Topaz Asset Management Inc
Yucca Asset Management, Inc
Wells Fargo Asset Management Corporation
Residential Home Mortgage Investment, L L C.
Wells Fargo Funding, Inc
Wells Fargo Private Client Funding, Inc
Wells Fargo Structured Lending, LLC
North Star Mortgage Guaranty Reinsurance Company
Old Swedish Bank Master Tenant, LLC
Southwest Partners, Inc
Linear Financial, LP.
Real Estate Lenders
RWF Mortgage Company
Spring Cypress Water Supply Corporation
Stagecoach Insurance Agency, Inc
United California Bank Realty Corporation
Wachovia Commercial Mortgage Inc
Wachovia SBA Lending, Inc.
Wells Capital Management Incorporated
Wells Fargo Alaska Trust Company, National Association
Wells Fargo Asset Securities Corporation
Wells Fargo Auto Finance, Inc
Wells Fargo Bill Presentment Venture Member, LLC
Wells Fargo Retail Finance, LLC
WFLC Subsidiary, LLC
Wells Fargo Cash Centers, Inc
Wells Fargo Community Investment Holdings, LLC
Wells Fargo Community Development Enterprises, Inc
Wells Fargo Credit Card Funding LLC
Wells Fargo Credit Card Master Note Trust
Wells Fargo Delaware Trust Company
Wells Fargo Equipment Finance, Inc
TAI Title Trust (Business Trust)
Wells Fargo Financial Leasing, Inc
Wells Fargo Foothill, LLC
Wells Fargo Distribution Finance, LLC
Wells Fargo Housing Advisors, Inc.
Wells Fargo Merchant Services, L L C
Wells Fargo Preferred Capital, Inc
Wells Fargo Real Estate Tax Services, LLC
Wells Fargo Student Loans Receivables I, LLC
Wells Fargo Trade Capital, LLC
Wells Fargo Ventures, LLC
1st Capital Mortgage, LLC
Advance Mortgage
Advantage Mortgage Partners, LLC
Alliance Home Mortgage  LLC
American Priority Mortgage, LLC
American Southern Mortgage Services, LLC
APM Mortgage, LLC
Ascent Financial Services, LLC
Ashton Woods Mortgage, LLC
Bankers Funding Company, LLC
Belgravia Mortgage Group, LLC
Benefit Mortgage, LLC
Berks Mortgage Services, LLC
BHS Home Loans, LLC
Capstone Home Mortgage, LLC
Carolina Mortgage/CDJ, LLC
Centennial Home Mortgage, LLC
Central Federal Mortgage Company
Certified Home Loans, LLC
Choice Mortgage Servicing, LLC
CityLife Lending Group, LLC
Colorado Capital Mortgage Co, LLC
Colorado Mortgage Alliance, LLC
Colorado Professionals Mortgage, LLC
Conway Home Mortgage, LLC
DH Financial, LLC
Edward Jones Mortgage, LLC
Elite Home Mortgage, LLC
Express Financial & Mortgage Services, LLC
First Associates Mortgage, LLC
First Commonwealth Home Mortgage, LLC
First Mortgage Consultants, LLC
First Peninsula Mortgage, LLC
Five Star Lending, LLC
Florida Home Finance Group, LLC
Foundation Mortgage Services, LLC
Fulton Homes Mortgage, LLC
Genesis Mortgage, LLC
Gibraltar Mortgage, LLC
Gibraltar Mortgage Services, LLC
Great East Mortgage, LLC
Greater Atlanta Financial Services, LLC
Greenpath Funding, LLC
Greenridge Mortgage Services, LLC
Guarantee Pacific Mortgage, LLC
Hallmark Mortgage Group, LLC
Hansen and Horn Financial, LLC
Hendricks Mortgage, LLC
Heritage Home Mortgage Group  LLC
Hillsborough Lending, LLC

23

Wells Fargo & Company
November 30, 2009
(Does Include legacy Wachovia Corporation and its subsidiaries)

Home Mortgage Specialists, LLC
Homeservices Lending, LLC
Illustrated Properties Mortgage Company, LLC
Integrity Home Funding, LLC
Keller Mortgage, LLC
Legacy Mortgage
Marben Mortgage, LLC
Martha Turner Mortgage, LLC
Max Mortgage, LLC
MC of America, LLC
McMillin Home Mortgage, LLC
Mortgage 100, LLC
Mortgage One
Mortgages Unlimited, LLC
Mountain Summit Mortgage, LLC
MSC Mortgage, LLC
NuCompass Mortgage Services LLC
Peachtree Residential Mortgage, LLC
Personal Mortgage Group, LLC
PHX Mortgage Advisors, LLC
Pinnacle Mortgage of Nevada, LLC
Platinum Residential Mortgage, LLC
PNC Mortgage, LLC
Premia Mortgage, LLC
Prime Select Mortgage, LLC
Priority Mortgage Company, LLC
Private Mortgage Advisors, LLC
Professional Financial Services of Arizona, LLC
Professional Mortgage Associates, LLC
Prosperity Mortgage Company
Rainier Mortgage, LLC
Real Living Mortgage, LLC
Realty Home Mortgage, LLC
Residential Home Division, LLC
Residential Mortgage Division, LLC
Residential Mortgage Services, LLC
Riverside Home Loans, LLC
RWF Mortgage, LLC
Santa Fe Mortgage, LLC
Select Lending Services, LLC
Select Home Mortgage, LLC
Signature Home Mortgage, LLC
Skogman Mortgage Company
Southeast Home Mortgage, LLC
Southeast Minnesota Mortgage, LLC
Southern Ohio Mortgage, LLC
Stirling Mortgage Services, LLC
Summit National Mortgage, LLC
Thoroughbred Mortgage, LLC
Town & Country Mortgage Group, LLC
TPG Funding, LLC
Trademark Mortgage, LLC
Village Communities Financial, LLC
Wells Fargo Home Mortgage of Hawaii, LLC
WFS Mortgage, LLC
William Pitt Mortgage, LLC
Winmark Financial, LLC
WFB International Holdings Corporation
    Wells Fargo India Solutions Private Limited
    Wells Fargo Trust Corporation Limited
WLC Company LLC
    GWFC, LP
World Loan Company, LLC
World Mortgage Company
Wells Fargo Capital A
Wells Fargo Capital B
Wells Fargo Capital C
Wells Fargo Capital I
Wells Fargo Capital II
Wells Fargo Capital Holdings, Inc
Wells Fargo Central Bank
Wells Fargo Central Pacific Holdings, Inc.
    Wells Fargo Real Estate Capital Investments, LLC
    Wells Fargo Wind Holdings, LLC
        Wells Fargo Cedar Creek, LLC
Wells Fargo Financing Corporation
    Wells Fargo Equity Capital, Inc.
        Wells Fargo Small Business Investment Company, Inc.
    Wells Fargo HSBC Trade Bank, National Association
    Wells Fargo India Solutions Private Limited
WFS Receivables Corporation 2
    WFS Financial 2003-3 Owner Trust
WFS Receivables Corporation 4
    WFS Financial 2004-1 Owner Trust
World Savings, Inc.
World Savings Insurance Agency, Inc