UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KELLY LONDON,

        Plaintiff,

v.                                    CASE NO.:  6:10-cv-1297-ORL-18-DAB

WELLS FARGO BANK, N.A.,

        Defendants.
_____/

## REQUEST FOR RULING ON PENDING MOTION WITHOUT RESPONSE

Defendant, Wells Fargo Bank, N.A., hereby requests that this Court rule on its pending Motion to Dismiss Plaintiff's "Original Petition," and states as follows:

1.    Wells Fargo Bank, N.A. filed its Motion to Dismiss Plaintiff's "Original Petition" With Incorporated Memorandum of Law on October 11, 2010 [D.E. 12].

2.    Under Local Rule 3.01, Plaintiff's response to the Motion to Dismiss was due on or before October 25, 2010.

3.    As of the date of this filing, Plaintiff has not filed a response to the Motion to Dismiss nor has she sought an extension of time in which to do so.

WHEREFORE, Wells Fargo Bank, N.A. respectfully requests the Court to rule on Wells Fargo Bank, N.A.'s pending Motion to Dismiss.

Dated:  November 4, 2010.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

17668687.1

document is being served this day **via first-class U.S. Mail**, postage pre-paid upon: Plaintiff, *pro se*, KELLY LONDON at 4079 Colleton Court, Tallahassee, Florida 32311.

                        CARLTON FIELDS, P.A.
                        CNL Center at City Commons
                        450 S. Orange Avenue, Suite 500
                        Orlando, FL 32801-3336
                        Telephone: (407) 849-0300
                        Facsimile:  (407) 648-9099

By:   /s/April Y. Walker
        Michael K. Winston, Esquire
        Florida Bar No. 051403
        mwinston@carltonfields.com
        April Y. Walker
        Florida Bar No. 0125288
        awalker@carltonfields.com
        *Counsel for Wells Fargo Bank, N.A.*